# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DENNIS BALL-BEY, | ) |
| Plaintiff, | ) |
| | ) Cause No. 4:18-CV-01364 |
| v. | ) |
| KYLE CHANDLER, *et al*. | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Erin K. McGowan and moves this Court to permit her to withdraw her appearance as counsel of record for Defendants Kyle Chandler, Ronald Vaughn, City of St. Louis, and D. Samuel Dotson. Assistant City Counselor Brandon Laird joined the City Counselor's Office on January 4, 2019 and has now entered his appearance on behalf of all the defendants in this matter.

Respectfully submitted,

JULIAN BUSH
CITY COUNSELOR

By: /s/ Erin K. McGowan
Erin K. McGowan #64020MO
1200 Market Street, Room 314
City Hall
St. Louis, Mo  63103
(314) 622-3361
(314) 622-4956 fax
McGowanE@stlouis-mo.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify this Motion to Withdraw as Counsel was electronically filed on this 25th day of January 2019 with the Court for service by means of Notice of Electronic Filing upon all attorneys of record.

                                               /s/ Erin K. McGowan