# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

DENNIS BALL-BEY, )
)
      Plaintiff, )
)
v. ) Cause No.: 4:18-cv-01364
)
CITY OF ST. LOUIS ET AL, )
)
)
      Defendants. )

## Motion to Withdraw as Lead and Notice Counsel(s)

NOW into Court comes Kingdom Litigators, A Public Interest Law Firm, Daniel A. Dailey, and Tobara Richardson, filing this motion to withdraw and be terminated from any further proceedings in this case. The Legal Solution Group will continue as lead counsel for Plaintiff, Dennis Ball-Bey. Therefore, pursuant to the Missouri Rules of Professional Conduct, there will be no adverse impact on the client and this withdrawal is made for good cause.

Submitt                             /s/ Daniel A. Dailey, Esq. admitted pro hac vice

                                             Daniel A. Dailey, pro hac vice
                                             Tobara Richardson, pro hac vice
                                             **KINGDOM LITIGATORS, INC.**
                                             A PUBLIC INTEREST LAW FIRM
                                             3301 Elm St. Dallas, Texas 75226
                                             ddailey@kglit.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2022, the foregoing was filed electronically with the Clerk of the Court to be served by operations of the Court's Electronic filing system.

/s/  Daniel A. Dailey
_____

Case: 4:18-cv-01364-SPM   Doc. #:  201   Filed: 06/01/22   Page: 2 of 2 PageID #: 1772