# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DENNIS BALL-BEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   4:18-cv-01364-SPM |
| | ) |
| KYLE CHANDLER, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR CONTINUANCE**

Plaintiff Dennis Ball-Bey files this response to Defendants' Motion for Continuance (ECF No. 328).

Defendants have spent the last several months opposing Plaintiffs' attempts to uncover highly relevant information related to the failures of the Force Investigation Unit. *See* ECF Nos. 295, 329. Much of Defendants' opposition has related to the looming trial date, and at no point in the comprehensive briefing and argument has counsel for Defendant noted that the scheduled trial dates would actually not be practicable for Defendants' counsel. Such actions further Mr. Ball-Bey's belief that the City's opposition to this additional discovery is based solely upon a desire to keep hidden damaging evidence that may assist Plaintiff in both his claims for individual and *Monell* liability.

While Plaintiff is prepared for trial on either September 11 or September 18, Plaintiff does not oppose Defendants' Motion.[1]  Plaintiff's counsel, as well as their experts, are available for trial on both the weeks of October 2 and October 30, 2023.

---

[1] Counsel for Plaintiff is also aware that the Court noted in a recent hearing that rulings on the *Daubert* motions will soon be filed. If the Court denies the City's motions, Mr. Ball-Bey also may request leave to briefly supplement his experts' reports given the continuance and the recent FIU discovery.

Dated:  August 9, 2023

Respectfully Submitted,

**KHAZAELI WYRSCH, LLC**

*/s/ John M. Waldron*
John M. Waldron, 70401MO
James R. Wyrsch, 53197MO
Javad M. Khazaeli, 53735MO
911 Washington Avenue, Suite 211
St. Louis, Missouri  63101
(314) 288-0777
(314) 400-7701 (Fax)
jack.waldron@kwlawstl.com
james.wyrsch@kwlawstl.com
javad.khazaeli@kwlawstl.com

**THE LEGAL SOLUTIONS GROUP**
Jermaine Wooten, 59338MO
10250 Halls Ferry
St. Louis, Missouri  63136
(314) 736-5770
(314) 736-5772 (Fax)
wootenjlaw1@aol.com

*Attorneys for Plaintiff*