# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DENNIS BALL-BEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cause No. 4:18-CV-01364 |
| v. ) | |
| ) | |
| KYLE CHANDLER, *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |

## JOINT MOINT TO CONTINUE AND PROPOSED EIGHTH AMENDED CASE MANAGEMENT ORDER

On September 26, 2023, the Parties held a teleconference with the Court and explained the exceptional circumstances that require a continuance in this matter. Pursuant to the discussion, the Parties are requesting that the Court vacate all pre-trial deadlines and continue this matter.

Further, the Parties propose the a new schedule. *See* Exhibit 1. This scheduled is based on the assumption that the Court will grant Defendants' Unopposed Motion to Vacate the Court's Summary Motion Decision and Order (Doc. 339). Defendants will separately file their Unopposed Motion.

1

Dated:  September 28, 2024

| | |
|---|---|
| **KHAZAELI WYRSCH, LLC** | **SHEENA HAMILTON**<br>CITY COUNSELOR |
| */s/John M. Waldron* | */s/ Lawrence L. Pratt* |
| John M. Waldron, 70401MO | Lawrence L. Pratt, #41324MO |
| James R. Wyrsch, 53197MO | Associate City Counselor |
| Javad M. Khazaeli, 53735MO | City Hall, Room 314 |
| 911 Washington Avenue, Suite 211 | St. Louis, MO 63103 |
| St. Louis, Missouri  63101 | 314.641.8317 |
| (314) 288-0777 | FAX: 314.622.4956 |
| (314) 400-7701 (Fax) | *Attorney for Defendants* |
| jack.waldron@kwlawstl.com | |
| james.wyrsch@kwlawstl.com | |
| javad.khazaeli@kwlawstl.com | |

**THE LEGAL SOLUTIONS GROUP**
Jermaine Wooten, 59338MO
10250 Halls Ferry
St. Louis, Missouri  63136
(314) 736-5770
(314) 736-5772 (Fax)
wootenjlaw1@aol.com