IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DENNIS BALL-BEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Cause No. 4:18-CV-01364-SPM |
| v. | ) | |
| | ) | |
| KYLE CHANDLER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S OBJECTIONS TO DEFENDANT'S LIST OF EXHIBITS**

Plaintiff Dennis Ball-Bey offers the following objections to Defendants' Exhibit List, ECF No. 466.

| EXHIBIT | MARKED AS | Objection |
|---|---|---|
| Search Warrant [Plf 1392-1396] | Defendant A | Hearsay, relevance, probative value substantially outweighed by prejudice |
| Virtual Recreation Video [15-41975] | Defendant B | Objection to evidence found in the vacant lot pursuant to Motion *in Limine* ("MIL") 14. Depending on the Court's ruling on MIL 14, Plaintiff proposes an edited version of the re-creation that removes the items |

|  |  | found in the vacant lot. |
| --- | --- | --- |
| Scene Photos [Dft 2695-2808] | Defendant C | Objection to evidence found in the vacant lot (MIL 14). |
| Search Warrant Photos [Dft 2809-2823] | Defendant D | Irrelevant<br><br>Probative value substantially outweighed by prejudice |
| Clothing Photos [Dft 2460-2506] | Defendant E | No objection |
| FIU Interview of Chandler [Dft 2886/2911] + attachments [Dft 1058-1059] | Defendant F | No objection to use at trial for impeachment. Object to introduction into evidence as improper bolstering |
| FIU Interview of Vaughan [Dft 2887/2912] + attachments [Dft 1060-1061] | Defendant G | No objection to use at trial for impeachment. Object to introduction into evidence as hearsay |
| FIU Interview of Secret Witness [Dft 2892 & 2893/2945 & 2946]+ attachments [Dft 1067-1070] | Defendant H | No objection to use at trial for impeachment. Object to introduction into evidence as hearsay |

| FIU Interview of ATF Agent Stoddard [Dft 22511] | Defendant I | No objection to use at trial for impeachment. |
| --- | --- | --- |

| | | |
|---|---|---|
| | | Object to introduction into evidence as hearsay |
| Transcript of Interview w ATF Agent Stoddard [Dft 1180-1204] | Defendant J | No objection to use at trial for impeachment. Object to introduction into evidence as hearsay |
| FIU Interview of Zajac [2889/2915] | Defendant K | No objection to use at trial for impeachment. Object to introduction into evidence as hearsay |
| FIU Interview of Zwilling [2890/2916] | Defendant L | No objection to use at trial for impeachment. Object to introduction into evidence as hearsay |
| FIU Interview of Sgt. Joyner [Dft 2891/2920] | Defendant M | No objection to use at trial for impeachment. Object to introduction into evidence as hearsay |
| FIU Interview of Klipsch [Dft 2913] | Defendant N | No objection to use at trial for impeachment. Object to introduction into evidence as hearsay |
| Physical Evidence List [Dft 1640-1642] | Defendant O | Objection to evidence found in |

| | | |
|---|---|---|
| | | the vacant lot (MIL 14). |
| Report 0002 ETU, Gun Shot Residue Kit [Dft 1726] + Notes [Dft 2119-2122] | Defendant P | No objection, but under FRE 106 (Rule of Completeness) Plaintiff reserves the right to introduce the results of gunshot residue kit, Defendant W. |
| Report 0003 Biology [Dft 1734-1754] | Defendant Q | Objection to evidence found in the vacant lot (MIL 14). Objection to DNA evidence (MIL 16). |
| Report 0004 DNA [Dft 1755-1870] | Defendant R | Objection to evidence found in the vacant lot (MIL 14). Objection to DNA evidence (MIL 16). |
| Report 0005 ETU, Crime Scene Examination [Dft 1871-1893] + Notes [Dft 2108-2118, 2123] | Defendant S | Objection to evidence found in the vacant lot (MIL 14). |
| Report 0006 Drug id [Dft 1894-1904] | Defendant T | Objection to evidence found in the vacant lot (MIL 14). |
| Report 0010 Process for prints [Dft 1905-1920] | Defendant U | Objection to evidence found in the vacant lot (MIL 14). |
| Report 0012, Latent exam [Dft 1921-1945] | Defendant V | Objection to evidence found in |

|  |  | the vacant lot (MIL 14). |
|---|---|---|
| Report 0013 Hwy patrol [Dft 1946-1948] | Defendant W | No Objection |
| Report 0014 Firearms [Dft 1949-2029] | Defendant X | Objection to evidence found in the vacant lot (MIL 14). |
| Report 0018 DNA [Dft 2039-2074] | Defendant Y | Objection to evidence found in the vacant lot (MIL 14). Objection to DNA evidence (MIL 16). |
| Report 019 CODIS notification [2075] | Defendant Z | Irrelevant, likely to confuse the jury |
| Report 020 Biology [Dft 2076] | Defendant AA | Objection to DNA (MIL 16). |
| Report 0021 Biology [Dft 2077-2080] | Defendant BB | Objection to DNA (MIL 16). |
| St. Louis Circuit Attorney's Office Report Regarding the Review into the Shooting Death of Mansur Ball-Bey [Dft 1015-1057] | Defendant CC | Objection (MIL 3). Hearsay. |
| Hugh Mills Report | Defendant DD | No objection to use for impeachment. Object to introduction into evidence as hearsay |
| Hugh Mills CV | Defendant EE | No objection to use for impeachment. Object to introduction into evidence as hearsay |
| SLMPD Special Order 1-01 (Use of Force) [Dft 3186-3233] | Defendant FF | No objection |
| Medical Examiner's Report [Dft 2081-2096] | Defendant GG | Objection (MIL 13). |

| | | |
|---|---|---|
| Mansur Ball-Bey Social Media [Dft 2507-2538] | Defendant HH | Objection. (MIL 1). |
| Roderick Williams Social Media [Dft 2600-2694] | Defendant II | Objection. (MIL 1). |
| Gun Information [Dft 1402-1442/2559] | Defendant JJ | Objection. (MIL 1). |
| Music Video [2Jays feat. Corleone] [Dft 2917/2936] | Defendant KK | Objection. (MIL 1). |
| Music Video [Corleone- No Duckin We Buckin] [Dft 2919/2935] | Defendant LL | Objection. (MIL 1). |

Dated:  January 13, 2025

**KHAZAELI WYRSCH, LLC**

*/s/ John M. Waldron*
John M. Waldron, 70401MO
James R. Wyrsch, 53197MO
Javad M. Khazaeli, 53735MO
911 Washington Avenue, Suite 211
St. Louis, Missouri  63101
(314) 288-0777
(314) 400-7701 (Fax)
jack.waldron@kwlawstl.com
james.wyrsch@kwlawstl.com
javad.khazaeli@kwlawstl.com

**THE LEGAL SOLUTIONS GROUP**
Jermaine Wooten, 59338MO
10250 Halls Ferry
St. Louis, Missouri  63136
(314) 736-5770
(314) 736-5772 (Fax)
wootenjlaw1@aol.com

*Attorneys for Plaintiff*