UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DENNIS BALL-BEY, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   Case No. 4:18-CV-1364-SPM |
| KYLE CHANDLER, | ) ) ) |
|     Defendant. | ) |

## ORDER

This matter is before the Court on Plaintiff's Motion for Leave to Issue Subpoena (ECF No. 472), in which Plaintiff seeks leave to issue a subpoena to the City of St. Louis for internal affairs records of certain non-party witnesses that Plaintiff believes are relevant to the witnesses' biases. Defendant has filed a response in opposition (ECF No. 482), arguing that Plaintiff failed to timely pursue these records, that the information sought by the subpoena does not reveal the bias of the non-party witnesses, and the information sought is more prejudicial than probative. Plaintiff has filed a Reply in which he withdraws the requests as to one of the witnesses. (ECF No. 486). The Court agrees with Defendants' arguments and finds that the motion should be denied for the reasons stated in Defendants' response. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to Issue Subpoena (ECF No. 472) is **DENIED**.

                                                                       SHIRLEY PADMORE MENSAH
                                                                       UNITED STATES MAGISTRATE JUDGE

Dated this 14th day of January, 2025.