**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| DENNIS BALL-BEY, | ) |
| | ) |
|     Plaintiff, | ) |
| | )    Cause No. 4:18-CV-01364-SPM |
| v. | ) |
| | ) |
| KYLE CHANDLER, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

**JOINT STIPULATION #1**

1. The Force Investigation Unit contracted with Tom Morris to create a three-dimensional model of the scene of the incident. Mr. Morris is trained in accident reconstruction and 3D modeling.

2. In November and December of 2015, Tom Morris and another officer of SLMPD twice visited the scene of the shooting to create a to-scale 3D CAD model of the incident site. The team took photographs during one of their visits in November or December.

3. The result was a video, or "fly-through" of the incident site.

4. The evidence in the video, including the gun, the cartridge casings, and Mansur Ball-Bey's body were located in the video by using the measurements and photos recorded by SLMPD's Evidence Technician Unit when the Unit was on the scene the day of the shooting.

Dated:  January 27, 2025