**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS BALL-BEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Cause No. 4:18-CV-01364-SPM |
| v. | ) | |
| | ) | |
| KYLE CHANDLER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**<u>JOINT STIPULATION #2</u>**

1. Kyle Chandler shot his gun one time, and Ronald Vaughan shot his gun three times.

2. On August 24, 2015, employees of the St. Louis Metropolitan Police Department gun lab determined that markings from the bullet found in Mansur Ball Bey's body indicated that it had been fired from Kyle Chandler's gun.

3. Each of the four cartridge cases located at the scene was consistent with SLMPD-issued ammunition.

4. Employees of the St. Louis Metropolitan Police Department gun lab were not able to identify which cartridge case matched up with each officer's gun due to insufficient impressions on the cartridge cases.

5. The firearms of Vaughan and Chandler were test fired and functioned as designed.

6. Besides the bullet located in Mansur Ball-Bey's body, no additional bullets were recovered on the scene.

7. The gun found near the dumpster was test fired and functioned as designed.

8.  The gun found near the dumpster had damage to the rear sight and slide as indicated in BALL-BEY V. ST. LOUIS 002007. The damage to the gun was fresh as if the firearm had recently been dropped on a hard surface.



Submitted at 12:15:17 PM Tuesday, August 25, 2015. Created by MENENDEZD.Case LAB-15-016516, Evid_003, Image FA4                    BALL-BEY V. ST. LOUIS 002007


Dated:  January 27, 2025