IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DENNIS BALL-BEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. 4:18-CV-01364-SPM ) ) |
| KYLE CHANDLER, | ) ) |
| Defendant. | ) ) |

**JOINT STIPULATION #3**

1. Richard Booker was an eyewitness to some of the events of August 19, 2015.

2. Mr. Booker witnessed the events from a back yard across the alley from the 1200 block of Walton.

3. Mr. Booker is an officer of the St. Louis Metropolitan Police Department and was off duty at the time of the incident.

Dated: January 27, 2025

1