# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| DENNIS BALL-BEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Cause No. 4:18-CV-01364-SPM |
| v. | ) |
| | ) |
| KYLE CHANDLER, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## PLAINTIFF'S PROPOSED ADVERSE INFERENCE

INSTRUCTION ___

In a civil case like this one, you may infer that Mr. Vaughan had information that would have incriminated him. You are not required to draw this inference.

Source: *Empress Casino Joliet Corp. v. Balmoral Racing Club, Inc.*, 831 F.3d 815, 834 (7th Cir. 2016)

Dated:  January 30, 2025                     **KHAZAELI WYRSCH, LLC**

                                                                                 */s/ John M. Waldron*
                                                                                 John M. Waldron, 70401MO
                                                                                 James R. Wyrsch, 53197MO
                                                                                 Javad M. Khazaeli, 53735MO
                                                                                 911 Washington Avenue, Suite 211
                                                                                 St. Louis, Missouri  63101
                                                                                 (314) 288-0777
                                                                                 (314) 400-7701 (Fax)
                                                                                 jack.waldron@kwlawstl.com
                                                                                 james.wyrsch@kwlawstl.com
                                                                                 javad.khazaeli@kwlawstl.com

THE LEGAL SOLUTIONS GROUP
Jermaine Wooten, 59338MO
10250 Halls Ferry
St. Louis, Missouri  63136
(314) 736-5770
(314) 736-5772 (Fax)
wootenjlaw1@aol.com

Attorneys for Plaintiff