UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DENNIS BALL-BEY, | ) |
| Plaintiff | ) ) ) ) |
| v. | ) No. 4:18-CV-01364-SPM ) |
| KYLE CHANDLER, | ) ) |
| Defendant. | ) ) ) |

ORDER

**IT IS HEREBY ORDERED** that the jury in this cause be kept together and the jury meals shall be furnished at the expense of the United States.

_____
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this 31st day of January, 2025.