# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DENNIS BALL-BEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cause No. 4:18-CV-01364 |
| v. ) | |
| ) | |
| KYLE CHANDLER, *et al*. ) | |
| ) | |
| Defendants. ) | |
| ) | |

### DEFENDANT'S NOTICE OF INTENT TO FILE MOTION FOR NEW TRIAL

COMES NOW Defendant Kyle Chandler, by and through counsel, and hereby notifies the Court and Plaintiff's counsel of his intent to file a motion for new trial. Defendant will file his motion for new trial in accordance with the Court's forthcoming post-trial scheduling order.

Respectfully submitted,

**SHEENA HAMILTON**
**CITY COUNSELOR**

/s/ *Abby Duncan*
Abby Duncan #67766 MO
*Associate City Counselor*
Rebecca Sandberg-Vossmeyer #70342MO
*Associate City Counselor*
Rachael Hagan #74923
Assistant City Counselor
City Hall, Room 314
St. Louis, MO 63103
DuncanA@stlouis-mo.gov
VossmeyerR@stlouis-mo.gov
HaganR@stlouis-mo.gov

1

## CERTIFICATE OF SERVICE

    I hereby certify this Entry was electronically filed on January 31, 2025, with the Court for service by means of Notice of Electronic Filing upon all attorneys of record.

/s/ Abby Duncan