UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DENNIS BALL-BEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:18-CV-01364-SPM |
| | ) | |
| | ) | |
| KYLE CHANDLER, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JUDGMENT IN A CIVIL CASE

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Directed Verdict.** This action came before the Court for a trial by jury, the Court having sustained defendant's motion for judgment as a matter of law at the close of plaintiffs' case.

☐ **Decision by Verdict.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that in accordance with the Memorandum and Order entered on November 16, 2020 (ECF No. 103), Plaintiff's assault and battery claims against Defendant Kyle Chandler and Defendant Ronald Vaughan were dismissed.

**IT IS FURTHER ORDERED** that in accordance with the Memorandum and Order entered on November 16, 2020 (ECF No. 104), Plaintiff's claims against Defendant Samuel Dotson in his official capacity, Plaintiff's claims against Defendant Kyle Chandler in his official capacity, Plaintiff's claims against Defendant Ronald Vaughan in his official capacity, and Plaintiff's claim for injunctive relief were dismissed.

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that in accordance with the stipulation entered on August 4, 2023 (ECF No. 325), Plaintiff's claims against Defendant Ronald Vaughan were dismissed.

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that in accordance with the Memorandum and Order entered on September 7, 2023 (ECF No. 347), summary

judgment was entered in favor of Defendant City of St. Louis and against Plaintiff Dennis Ball-Bey on Counts III and V.

The remaining claims came before the Court for a trial by jury. The claims have been tried, and the jury has rendered its verdict. **IT IS FURTHER ORDERED, AJDUDGED, and DECREED** that pursuant to the jury verdict, judgment is entered in favor of Plaintiff and against Defendant Kyle Chandler on Count I (excessive use of force) and Count II (wrongful death).

**IT IS FINALLY ORDERED, ADJUDGED, and DECREED** that Plaintiff Dennis Ball-Bey is awarded damages as follows:

**Compensatory Damages (Count I – excessive use of force):**    $3,750,000.00

**Punitive Damages (Count I – excessive use of force):**    $5,000,000.00

**Compensatory Damages (Count I – wrongful death):**    $2,500,000.00

**Punitive Damages (Count II – wrongful death):**    $7,500,000.00


February 3, 2025                               *Nathan M. Graves              /*
Date                                           Clerk of Court

                                        By:    /s/ Nikki Phillips           /
                                               NIKKI PHILLIPS
                                               Deputy Clerk