UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **DENNIS BALL-BEY,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:18-CV-01364 |
| **KYLE CHANDLER,** | ) ) ) |
| Defendant. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Kyle Chandler appeals to the United States Court of Appeals for the Eighth Circuit from the orders entered as follows:

- Memo and Judgment regarding Defendant's post-trial motions for new trial, judgment as a matter of law, and remittitur, entered on the 6th day of February, 2026 [ECF 616 & 617];

- All orders merged into the foregoing Memo and Judgment [ECF 616 & 617] pursuant to F.R.A.P. 3(c)(4), specifically including at least the following:

    o Order Denying Summary Judgment, entered on the 23rd day of August, 2024 [ECF 435];

    o Order on Plaintiff's and Defendant's Motions in Limine, entered on the 23rd day of January, 2025 [ECF 497];

    o Order on Plaintiff's Supplemental Motion in Limine, entered on the 29th day of January, 2025 [ECF 518];

    o Order on Defendant's Motion for Directed Verdict After Plaintiff's Evidence, entered on the 4th of February, 2025 [ECF 538];

- o  Order on Defendant's Motion for Directed Verdict After Close of All Evidence, entered on the 4th of February, 2025 [ECF 539]; and

- Order on Plaintiff's Motion for Attorneys' Fees and Costs, entered on the 27th day of February, 2026 [ECF 624].

Respectfully Submitted,

MICHAEL GARVIN
CITY COUNSELOR

  /s/ Abby Duncan
Abby Duncan, #67766 (MO)
Associate City Counselor
1200 Market Street,
City Hall- Room 314
St. Louis, MO  63103
Tel: (314) 622-4694
Fax: (314) 622.4956
E-mail: DuncanA@stlouis-mo.gov

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed on March 7, 2026, and served via the Court's electronic filing system upon all counsel of record.

  /s/ Abby Duncan
Associate City Counselor