**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS BALL-BEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Cause No. 4:18-CV-01364-SPM |
| v. | ) | |
| | ) | |
| KYLE CHANDLER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF SUPPLEMENTAL INFORMATION**

Plaintiff offers this supplement to his Motion to Reconsider. D.E. 621. On March 27, 2026, a jury returned a verdict in favor of Plaintiff Tyron Edwards in *Edwards v. Murphy*, No. 2322-CC00264 (Mo. Cir. Ct., City of St. Louis). In 2016, two St. Louis Metropolitan Police Department officers shot at Mr. Edwards, a fleeing teenager, striking him once in the back. Mr. Edwards survived the attack.

The jury returned a verdict of $7 million in compensatory damages and awarded $15 million in punitive damages against each officer for a total of $30 million in punitive damages. Plaintiff offers this as another comparative punitive damages award under very similar facts as this case.

1

Dated:  April 1, 2026                    **KHAZAELI WYRSCH, LLC**

                                         /s/ James R. Wyrsch
                                         Javad M. Khazaeli, 53735MO
                                         James R. Wyrsch, 53197MO
                                         John M. Waldron, 70401MO
                                         911 Washington Avenue, Suite 211
                                         St. Louis, Missouri 63101
                                         (314) 288-0777
                                         (314) 400-7701 (Fax)
                                         javad.khazaeli@kwlawstl.com
                                         james.wyrsch@kwlawstl.com
                                         jack.waldron@kwlawstl.com

                                         THE LEGAL SOLUTIONS GROUP
                                         Jermaine Wooten, 59338MO
                                         10250 Halls Ferry
                                         St. Louis, Missouri 63136
                                         (314) 736-5770
                                         (314) 736-5772 (Fax)
                                         wootenjlaw1@aol.com

                                         *Attorneys for Plaintiff*