UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DENNIS-BALL-BEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: 4:18-CV-01364-SPM |
| | ) | |
| KYLE CHANDLER, | ) | |
| | ) | |
| Defendant. | ) | |

# *DEFENDANT KYLE CHANDLER'S UNOPPOSED MOTION FOR APPROVAL OF BOND*

COMES NOW, Defendant Kyle Chander ("Defendant"), and for his Unopposed Motion for Approval of Bond pursuant to Fed. R. Civ. P. 62(b), states:

1. As this Court has noted in its recent Order, Fed. R. Civ. P. 62(b) states, "At any time after judgment is entered, a party may obtain a stay [of execution on a judgment and proceedings to enforce it] by providing a bond or other security." Doc. 640, p. 2.

2. The remainder of the rule states, "The stay takes effect when the court approves the bond or other security and remains in effect for the time specified in the bond or other security." Fed. R. Civ. P. 62(b).

3. On April 24, 2026, Defendant and the City of St. Louis, Missouri, notified this Court of the purchase of a bond by the City for the amended judgment plus interest, for a total amount of $11,865,452.20. Doc. 644.

4. Defendant and the City attached the Appeal Bond (Doc. 644-1) and General Agreement of Indemnity (Doc. 644-2) to the Notice.

5. This Court pointed out that Plaintiff's request was for the same amount to be deposited. Doc. 640, p. 16.

6. Pursuant to E.D.Mo. L.R. 13.03(C): "A corporate surety must be approved by the United States Department of the Treasury (Circular 570) and the Missouri Department of Insurance.  The Court will verify that the surety has a current active license with the Fidelity and Surety Business Authority prior to acceptance, and will not accept the surety if the license is not current and active.  In all cases, a valid power of attorney showing the authority of the agent signing the bond must either be on file with the Court or attached to the bond with a tender of the required fee."

7. Endurance Assurance Corporation (Ex. A, p. 21), Endurance American Insurance Company (*id.* at pp. 20–21), Lexon Insurance Company (*id.* at p. 38), and Bond Safeguard Insurance Company (*id.* at p. 13) are also designated as certified companies by the U.S. Department of Treasury (Circular 570) effective as of the date of publishing on August 1, 2025. *See* Doc. 644-2 (listing corporate sureties).

8. The Missouri Department of Insurance "Company Lookup" also reflects these entities as being properly active.

9. A valid power of attorney showing the authority of the agent signing the bond is attached to the bond.

10. With respect to the tender of the required fee, the undersigned called the U.S. District Court's Finance Department at 314-244-7872 at 2:21 p.m. on April 30, 2026, as directed by the District (https://www.moep.uscourts.gov/federal-court-bonds-posting-and-refund-procedures-eastern-missouri-cases), and confirmed that the Power of Attorney (Doc. 644-1, p. 2) is already on file and remains valid (therefore negating any

2

duplicative tender of a fee). The undersigned understands from said conversation this Court's chambers will contact the Finance Department to confirm, as well.

11. The amount of the judgment plus anticipated interest being accounted for in the bond, the Local Rules being followed, and Plaintiff having no objection, Defendant respectfully requests that this Court approve the bond and stay execution of the judgment for the duration stated in more detail in the bond, including the duration of the appeal.

12. Based on the unopposed nature of this motion, Defendant respectfully requests leave to forego filing a Memorandum in Support under E.D.Mo. L.R. 4.01(A).

WHEREFORE, Defendant respectfully requests that this Court approve the bond filed and stay execution of the judgment consistent with the above, and for such further relief this Court deems just and proper.

/s/ Robert T. Plunkert

Robert T. Plunkert  #62064MO
PITZER SNODGRASS, P.C.
Attorney for Defendant
100 South Fourth Street, Suite 400
St. Louis, Missouri 63102-1821
(314) 421-5545
Email: plunkert@pspclaw.com

I hereby certify that a copy of the foregoing filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following or U.S. mail for parties not registered with CM/ECF, on this 4th day of May, 2026:

/s/ Robert T. Plunkert