An official website of the United States government Here's how you know

Bureau of the
Fiscal Service

Enter keywords Search

HOME ABOUT US DOING BUSINESS WITH FISCAL SE... SURETY BONDS

LIST OF CERTIFIED COMPANIES

DEFENDANT'S
EXHIBIT
A

# List of Certified Companies

View the List of Certified Companies in the following ways:

1. Download the original listing published on August 1, 2025 (Certified Companies PDF) and related Supplemental Changes to the C570.
2. Download a current listing of Certified Companies Excel (inclusive of supplemental changes).
3. View the current listing below.

**Note:** For company listings published in prior years, please see the archives section on https://www.fiscal.treasury.gov/surety-bonds/downloads.html

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

## A

### ACE American Insurance Company

(NAIC #22667)

BUSINESS ADDRESS: 436 Walnut Street P.O. Box 1000, Philadelphia, PA 19106
PHONE: (215) 640-1000
UNDERWRITING LIMITATION b/: $519,109,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA,

ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY
INCORPORATED IN: Pennsylvania

**ACE Property and Casualty Insurance Company**

(NAIC #20699)

BUSINESS ADDRESS: 436 WALNUT STREET, P.O. Box 1000, Philadelphia, PA 19106
PHONE: (215) 640-1000
UNDERWRITING LIMITATION b/: $386,265,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Pennsylvania

**Acstar Insurance Company**

(NAIC #22950)

BUSINESS ADDRESS: 30 SOUTH ROAD, FARMINGTON, CT 06032
PHONE: (860) 415-8400
UNDERWRITING LIMITATION b/: $1,933,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Illinois

**Acuity, A Mutual Insurance Company**

(NAIC #14184)

BUSINESS ADDRESS: 2800 South Taylor Drive, P.O. Box 58, Sheboygan, WI 53082-0058
PHONE: (920) 458-9131
UNDERWRITING LIMITATION b/: $322,918,000
SURETY LICENSES c,f/: AL, AZ, AR, CO, DE, GA, ID, IL, IN, IA, KS, KY, ME, MD, MI, MN, MS, MO, MT, NE, NV, NH, NM, ND, OH, OK, OR, PA, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Wisconsin

**All America Insurance Company**

(NAIC #20222)

BUSINESS ADDRESS: P.O. BOX 351, VAN WERT, OH 45891-0351
PHONE: (419) 238-1010
UNDERWRITING LIMITATION b/: $18,488,000
SURETY LICENSES c,f/: AL, AZ, AR, CA, CO, CT, DE, DC, GA, ID, IL, IN, IA, KS, KY, ME, MD, MA, MI, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, TN, TX, UT, VT, VA, WA, WV, WY
INCORPORATED IN: Ohio

**Allegheny Casualty Company**

(NAIC #13285)

BUSINESS ADDRESS: One Newark Center, 20th Floor, Newark, NJ 07102
PHONE: (800) 333-4167
UNDERWRITING LIMITATION b/: $3,374,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: New Jersey

**Allied Property and Casualty Insurance Company**

(NAIC #42579)

BUSINESS ADDRESS: ONE WEST NATIONWIDE BLVD 1-14-301, COLUMBUS, OH 43215-2220
PHONE: (866) 387-0457
UNDERWRITING LIMITATION b/: $6,402,000
SURETY LICENSES c,f/: AZ, AR, CA, CO, CT, DE, DC, FL, GA, ID, IL, IN, IA, KS, KY, ME, MD, MI, MN, MS, MO, MT, NE, NV, NH, NY, ND, OH, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Iowa

**Allied World Insurance Company**

(NAIC #22730)

BUSINESS ADDRESS: 199 Water Street, New York, NY 10038
PHONE: (646) 794-0500
UNDERWRITING LIMITATION b/: $182,496,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY
INCORPORATED IN: New Hampshire

**Allied World Specialty Insurance Company**

(NAIC #16624)

BUSINESS ADDRESS: 199 WATER STREET, NEW YORK, NY 10038
PHONE: (646) 794-0500
UNDERWRITING LIMITATION b/: $111,413,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY
INCORPORATED IN: Delaware

**AMCO Insurance Company**

(NAIC #19100)

BUSINESS ADDRESS: ONE WEST NATIONWIDE BLVD., 1-14-301, COLUMBUS, OH 43215-2220
PHONE: (866) 387-0457
UNDERWRITING LIMITATION b/: $20,576,000
SURETY LICENSES c,f/: AZ, AR, CA, CO, CT, DE, DC, GA, ID, IL, IN, IA, KS, KY, ME, MD, MI, MN, MS, MO, MT, NE, NV, NY, NC, ND, OH, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Iowa

**American Alternative Insurance Corporation**

(NAIC #19720)

BUSINESS ADDRESS: 555 COLLEGE ROAD EAST - P.O. BOX 5241, PRINCETON, NJ 08543
PHONE: (609) 243-4200
UNDERWRITING LIMITATION b/: $20,445,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Delaware

**American Casualty Company of Reading, Pennsylvania**

(NAIC #20427)

BUSINESS ADDRESS: 151 N. Franklin Street, CHICAGO, IL 60606
PHONE: (312) 822-5000
UNDERWRITING LIMITATION b/: $9,550,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA,

ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Pennsylvania

**American Contractors Indemnity Company**[1]

(NAIC #10216)

BUSINESS ADDRESS: 801 South Figueroa Street, Suite 700, Los Angeles, CA 90017
PHONE: (310) 649-0990
UNDERWRITING LIMITATION b/: $10,671,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MI, MN, MS, MO, MP, MT, NE, NV, NJ, NM, NY, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VA, WA, WV, WI, WY
INCORPORATED IN: California

**American Fire and Casualty Company**

(NAIC #24066)

BUSINESS ADDRESS: 175 Berkeley Street, Boston, MA 02116
PHONE: (617) 357-9500
UNDERWRITING LIMITATION b/: $4,592,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: New Hampshire

**American Home Assurance Company**

(NAIC #19380)

BUSINESS ADDRESS: 1271 AVENUE OF THE AMERICAS, 37TH FLOOR, NEW YORK, NY 10020 - 1304
PHONE: (212) 770-7000
UNDERWRITING LIMITATION b/: $541,533,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: New York

**American Road Insurance Company (The)**

Case: 4:18-cv-01364-SPM Doc. #: 647-1 Filed: 05/04/26 Page: 6 of 74 PageID #: 14495

(NAIC #19631)

BUSINESS ADDRESS: One American Road, MD 7600, Dearborn, MI 48126-2701
PHONE: (313) 337-1102
UNDERWRITING LIMITATION b/: $41,745,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Michigan

**American Select Insurance Company**

(NAIC #19992)

BUSINESS ADDRESS: P. O. BOX 5001, WESTFIELD CENTER, OH 44251-5001
PHONE: (330) 887-0101
UNDERWRITING LIMITATION b/: $14,302,000
SURETY LICENSES c,f/: AL, CO, DE, GA, IL, IN, IA, KY, MI, MN, NC, ND, OH, OK, PA, TN, VA, WV, WI
INCORPORATED IN: Ohio

**American Southern Insurance Company**

(NAIC #10235)

BUSINESS ADDRESS: P.O. Box 723030, Atlanta, GA 31139-0030
PHONE: (404) 266-9599
UNDERWRITING LIMITATION b/: $4,767,000
SURETY LICENSES c,f/: AL, AZ, AR, CO, DE, DC, FL, GA, IL, IN, KS, KY, MD, MI, MN, MS, MO, NE, NJ, NY, NC, OH, PA, SC, TN, UT, VA, WA, WV, WI, WY
INCORPORATED IN: Kansas

**American Surety Company**

(NAIC #31380)

BUSINESS ADDRESS: 250 East 96th Street, Suite 202, Indianapolis, IN 46240
PHONE: (317) 875-8700
UNDERWRITING LIMITATION b/: $50,267,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Indiana

### Amerisure Insurance Company

(NAIC #19488)

BUSINESS ADDRESS: P.O. Box 9098; Farmington Hills, MI 48333-9098
PHONE: (248) 615-9000
UNDERWRITING LIMITATION b/: $23,381,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Michigan

### Amerisure Mutual Insurance Company (a Stock Company)

(NAIC #23396)

BUSINESS ADDRESS: P.O. Box 9098; Farmington Hills, MI 48333-9098
PHONE: (248) 615-9000
UNDERWRITING LIMITATION b/: $93,196,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Michigan

### Amerisure Partners Insurance Company

(NAIC #11050)

BUSINESS ADDRESS: P.O. Box 9098; Farmington Hills, MI 48333-9098
PHONE: (248) 615-9000
UNDERWRITING LIMITATION b/: $4,803,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CO, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, MD, MA, MI, MN, MS, MO, MT, NE, NV, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Michigan

### Amherst National Insurance Company

(NAIC #16379)

BUSINESS ADDRESS: 14001 Dallas Parkway, Suite 700, Dallas, TX 75240
PHONE: (844) 378-6560
UNDERWRITING LIMITATION b/: $1,521,000

SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: North Carolina

**Antilles Insurance Company**

(NAIC #10308)

BUSINESS ADDRESS: PO Box 9023507 , San Juan , PR 00902-3507
PHONE: (787) 474-4900
UNDERWRITING LIMITATION b/: $6,086,000
SURETY LICENSES c,f/: PR
INCORPORATED IN: Puerto Rico

**Arch Insurance Company**

(NAIC #11150)
BUSINESS ADDRESS: HARBORSIDE 3, 210 HUDSON STREET, SUITE 600, JERSEY CITY, NJ 07311-1107
PHONE: (201) 743-4000
UNDERWRITING LIMITATION b/: $266,744,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY
INCORPORATED IN: Missouri

**Arch Reinsurance Company**

(NAIC #10348)
BUSINESS ADDRESS: 445 SOUTH STREET, SUITE 220, P.O. BOX 1988, MORRISTOWN, NJ 07962-1988
PHONE: (973) 898-9575
UNDERWRITING LIMITATION b/: $132,356,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, MD, MA, MI, MN, MS, MO, MT, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV
INCORPORATED IN: Delaware

**Argonaut Insurance Company**

(NAIC #19801)

BUSINESS ADDRESS: P.O. BOX 469011, SAN ANTONIO, TX 78246
PHONE: (800) 470-7958
UNDERWRITING LIMITATION b/: $149,755,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY
INCORPORATED IN: Nebraska

**Ascot Surety & Casualty Company**

(NAIC #30279)

BUSINESS ADDRESS: P.O. Box 2240, Ridgeland, MS 39158
PHONE: (646) 356-8101
UNDERWRITING LIMITATION b/: $56,635,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Colorado

**ASPEN AMERICAN INSURANCE COMPANY**

(NAIC #43460)

BUSINESS ADDRESS: 400 CAPITAL BOULEVARD, SUITE 200, ROCKY HILL, CT 06067
PHONE: (860) 393-2230
UNDERWRITING LIMITATION b/: $116,488,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY
INCORPORATED IN: Texas

**Atlantic Specialty Insurance Company**

(NAIC #27154)

BUSINESS ADDRESS: 605 Highway 169 North, Suite 800, Plymouth, MN 55441
PHONE: (800) 662-0156
UNDERWRITING LIMITATION b/: $126,224,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY
INCORPORATED IN: New York

**Auto-Owners Insurance Company**

(NAIC #18988)

BUSINESS ADDRESS: P.O. BOX 30660, LANSING, MI 48909 - 8160
PHONE: (517) 323-1200
UNDERWRITING LIMITATION b/: $1,473,689,000
SURETY LICENSES c,f/: AL, AZ, AR, CO, FL, GA, ID, IL, IN, IA, KS, KY, MI, MN, MS, MO, NE, NV, NM, NC, ND, OH, OR, PA, SC, SD, TN, UT, VA, WA, WI
INCORPORATED IN: Michigan

**AXIS Insurance Company**

(NAIC #37273)

BUSINESS ADDRESS: 10000 AVALON BOULEVARD, SUITE 200, ALPHARETTA, GA 30009
PHONE: (678) 746-9400
UNDERWRITING LIMITATION b/: $68,661,000
SURETY LICENSES c,f/: AL, AK, AS, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY
INCORPORATED IN: Illinois

**AXIS Reinsurance Company**

(NAIC #20370)

BUSINESS ADDRESS: 10000 AVALON BOULEVARD, SUITE 200, ALPHARETTA, GA 30009
PHONE: (678) 746-9400
UNDERWRITING LIMITATION b/: $106,508,000
SURETY LICENSES c,f/: AL, AK, AS, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY
INCORPORATED IN: New York

Back To Top

## B

**Bankers Insurance Company**

(NAIC #33162)

BUSINESS ADDRESS: P.O. BOX 15707, ST. PETERSBURG, FL 33733
PHONE: (727) 823-4000
UNDERWRITING LIMITATION b/: $5,460,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Florida

**Beazley Insurance Company, Inc.**

(NAIC #37540)

BUSINESS ADDRESS: THE RUTHERFORD BUILDING, 65 MEMORIAL ROAD, SUITE 3, WEST HARTFORD, CT 06107
PHONE: (860) 677-3700
UNDERWRITING LIMITATION b/: $31,650,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Connecticut

**Berkley Insurance Company**

(NAIC #32603)

BUSINESS ADDRESS: 475 STEAMBOAT ROAD, GREENWICH, CT 06830
PHONE: (203) 542-3800
UNDERWRITING LIMITATION b/: $815,856,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY
INCORPORATED IN: Delaware

**Berkley National Insurance Company**

(NAIC #38911)

BUSINESS ADDRESS: P.O. BOX 9190, DES MOINES, IA 50306-9190
PHONE: (800) 343-0592
UNDERWRITING LIMITATION b/: $9,338,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD,

TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Iowa

### Berkley Regional Insurance Company

(NAIC #29580)

BUSINESS ADDRESS: P.O. BOX 9190, DES MOINES, IA 50306-9190
PHONE: (515) 473-3000
UNDERWRITING LIMITATION b/: $86,331,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Iowa

### Berkshire Hathaway Homestate Insurance Company

(NAIC #20044)

BUSINESS ADDRESS: 1314 Douglas Street, Suite 1300, Omaha, NE 68102-1944
PHONE: (402) 393-7255
UNDERWRITING LIMITATION b/: $277,388,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Nebraska

### Berkshire Hathaway Specialty Insurance Company

(NAIC #22276)

BUSINESS ADDRESS: 1314 Douglas Street, Suite 1400, Omaha, NE 68102-1944
PHONE: (402) 916-3000
UNDERWRITING LIMITATION b/: $459,894,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Nebraska

### Bitco General Insurance Corporation

(NAIC #20095)

BUSINESS ADDRESS: 3700 MARKET SQUARE CIRCLE, DAVENPORT, IA 52807
PHONE: (800) 475-4477
UNDERWRITING LIMITATION b/: $35,234,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Iowa

### Bond Safeguard Insurance Company

(NAIC #27081)

BUSINESS ADDRESS: 4 Manhattanville Rd, 3rd Floor, Purchase, NY 10577
PHONE: (615) 553-9500
UNDERWRITING LIMITATION b/: $4,504,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MP, MT, NV, NH, NJ, NM, NC, ND, OH, OK, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: South Dakota

### Bondex Insurance Company

(NAIC #12965)

BUSINESS ADDRESS: P.O. BOX 723099, ATLANTA, GA 31139-0099
PHONE: (678) 309-4000
UNDERWRITING LIMITATION b/: $1,993,000
SURETY LICENSES c,f/: AL, AZ, CT, DE, FL, GA, MD, NJ, NY, NC, OH, PA, SC, TN, TX, WV
INCORPORATED IN: New Jersey

### Brierfield Insurance Company

(NAIC #10993)

BUSINESS ADDRESS: 6300 University Parkway, Sarasota, FL 34240-8424
PHONE: (800) 226-3224
UNDERWRITING LIMITATION b/: $1,112,000
SURETY LICENSES c,f/: AL, AR, FL, GA, MS, TN
INCORPORATED IN: Mississippi

### British American Insurance Company

(NAIC #32875)

BUSINESS ADDRESS: P.O. Box 1590, Dallas, TX 75221-1590
PHONE: (214) 443-5500
UNDERWRITING LIMITATION b/: $3,888,000
SURETY LICENSES c,f/: TX
INCORPORATED IN: Texas

Back To Top

# C

### Capitol Indemnity Corporation

(NAIC #10472)

BUSINESS ADDRESS: P.O. Box 5900, Madison, WI 53705-0900
PHONE: (608) 829-4200
UNDERWRITING LIMITATION b/: $24,924,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Wisconsin

### Carolina Casualty Insurance Company

(NAIC #10510)

BUSINESS ADDRESS: P.O. BOX 9190, DES MOINES, IA 50306-9190
PHONE: (904) 363-0900
UNDERWRITING LIMITATION b/: $12,019,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Iowa

### Centennial Casualty Company

(NAIC #34568)

BUSINESS ADDRESS: 2200 Woodcrest Place, Suite 200, Birmingham, AL 35209
PHONE: (205) 414-2600
UNDERWRITING LIMITATION b/: $16,626,000

Case: 4:18-cv-01364-SPM Doc. #: 647-1 Filed: 05/04/26 Page: 15 of 74 PageID #: 14504

SURETY LICENSES c,f/: AL
INCORPORATED IN: Alabama

**CENTRAL INSURANCE COMPANY**[10]

(NAIC #20230)

BUSINESS ADDRESS: P.O. BOX 351, VAN WERT, OH 45891-0351
PHONE: (419) 238-1010
UNDERWRITING LIMITATION b/: $107,510,000
SURETY LICENSES c,f/: AL, AZ, AR, CA, CO, CT, DE, DC, GA, ID, IL, IN, IA, KY, ME, MD, MA, MI, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, TN, TX, UT, VT, VA, WA, WV, WY
INCORPORATED IN: Ohio

**CENTURY SURETY COMPANY**

(NAIC #36951)

BUSINESS ADDRESS: 550 Polaris Parkway, Westerville, OH 43082
PHONE: (614) 895-2000
UNDERWRITING LIMITATION b/: $5,581,000
SURETY LICENSES c,f/: AZ, OH
INCORPORATED IN: Ohio

**Charter Oak Fire Insurance Company (The)**

(NAIC #25615)

BUSINESS ADDRESS: ONE TOWER SQUARE, HARTFORD, CT 06183
PHONE: (860) 277-0111
UNDERWRITING LIMITATION b/: $27,585,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Connecticut

**Cherokee Insurance Company**

(NAIC #10642)

BUSINESS ADDRESS: 34200 Mound Road, Sterling Heights, MI 48310
PHONE: (800) 201-0450 x-3400
UNDERWRITING LIMITATION b/: $37,909,000

SURETY LICENSES c,f/: AL, AZ, AR, CA, CO, CT, DE, FL, GA, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Michigan

**Cincinnati Casualty Company (The)**

(NAIC #28665)

BUSINESS ADDRESS: P.O. Box 145496, Cincinnati, OH 45250-5496
PHONE: (513) 870-2000
UNDERWRITING LIMITATION b/: $55,521,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Ohio

**CINCINNATI INDEMNITY COMPANY, THE**

(NAIC #23280)

BUSINESS ADDRESS: P.O. BOX 145496, CINCINNATI, OH 45250-5496
PHONE: (513) 870-2000
UNDERWRITING LIMITATION b/: $13,798,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Ohio

**Cincinnati Insurance Company (The)**

(NAIC #10677)

BUSINESS ADDRESS: P.O. BOX 145496, CINCINNATI, OH 45250-5496
PHONE: (513) 870-2000
UNDERWRITING LIMITATION b/: $860,269,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Ohio

**CITIZENS INSURANCE COMPANY OF AMERICA**

Case: 4:18-cv-01364-SPM Doc. #: 647-1 Filed: 05/04/26 Page: 17 of 74 PageID #: 14506

(NAIC #31534)

BUSINESS ADDRESS: 440 LINCOLN STREET, WORCESTER, MA 01653-0002
PHONE: (508) 853-7200
UNDERWRITING LIMITATION b/: $63,272,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CO, CT, DE, DC, GA, HI, IL, IN, IA, KS, ME, MD, MA, MI, MN, MS, MO, MT, NE, NH, NJ, NM, NY, NC, ND, OH, OK, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI
INCORPORATED IN: Michigan

**COLONIAL AMERICAN CASUALTY AND SURETY COMPANY**

(NAIC #34347)

BUSINESS ADDRESS: 1299 ZURICH WAY, SCHAUMBURG, IL 60196-1056 PHONE: (847) 605-6000
UNDERWRITING LIMITATION b/: $1,821,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Illinois

**COLONIAL SURETY COMPANY**

(NAIC #10758)

BUSINESS ADDRESS: 123 Tice Boulevard, Suite 250, Woodcliff Lake, NJ 07677
PHONE: (201) 573-8788
UNDERWRITING LIMITATION b/: $7,421,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MP, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY
INCORPORATED IN: Pennsylvania

**Continental Casualty Company**

(NAIC #20443)

BUSINESS ADDRESS: 151 N. Franklin Street, CHICAGO, IL 60606
PHONE: (312) 822-5000
UNDERWRITING LIMITATION b/: $755,548,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC,

SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY
INCORPORATED IN: Illinois

### CONTINENTAL HERITAGE INSURANCE COMPANY

(NAIC #39551)

BUSINESS ADDRESS: 200 PARK AVENUE, STE 400, ORANGE VILLAGE, OH 44122
PHONE: (440) 995-1420
UNDERWRITING LIMITATION b/: $2,500,000
SURETY LICENSES c,f/: AL, AZ, CA, CO, CT, DC, FL, GA, ID, IL, IN, IA, KY, LA, ME, MD, MA, MI, MN, MS, MO, NE, NV, NH, NJ, NM, NY, NC, ND, OH, PA, SC, SD, TN, TX, UT, VT, VA, WA, WV, WY
INCORPORATED IN: Florida

### Continental Insurance Company (The)

(NAIC #35289)

BUSINESS ADDRESS: 151 N. Franklin Street, CHICAGO, IL 60606
PHONE: (312) 822-5000
UNDERWRITING LIMITATION b/: $203,124,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MP, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY
INCORPORATED IN: Pennsylvania

### CONTRACTORS BONDING AND INSURANCE COMPANY

(NAIC #37206)

BUSINESS ADDRESS: 9025 N. Lindbergh Drive, Peoria, IL 61615
PHONE: (309) 692-1000
UNDERWRITING LIMITATION b/: $10,774,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Illinois

### Cooperativa de Seguros Multiples de Puerto Rico

(NAIC #18163)

BUSINESS ADDRESS: P.O. BOX 363846, SAN JUAN, PR 00936 - 3846
PHONE: (787) 622-3575 x-2452

UNDERWRITING LIMITATION b/: $36,395,000
SURETY LICENSES c,f/: PR
INCORPORATED IN: Puerto Rico

**Crestbrook Insurance Company**

(NAIC #18961)

BUSINESS ADDRESS: ONE WEST NATIONWIDE BLVD., 1-14-301, COLUMBUS, OH 43215-2220
PHONE: (866) 387-0457
UNDERWRITING LIMITATION b/: $8,243,000
SURETY LICENSES c,f/: AK, AZ, AR, CA, DE, DC, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Ohio

**CUMIS INSURANCE SOCIETY, INC.**

(NAIC #10847)

BUSINESS ADDRESS: 5910 MINERAL POINT ROAD, MADISON, WI 53705
PHONE: (608) 238-5851
UNDERWRITING LIMITATION b/: $108,152,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY
INCORPORATED IN: Iowa

**CUMIS Specialty Insurance Company, Inc.**

(NAIC #12758)

BUSINESS ADDRESS: 5910 MINERAL POINT ROAD, MADISON, WI 53705
PHONE: (608) 238-5851
UNDERWRITING LIMITATION b/: $6,703,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Iowa

Back To Top

# D

### Developers Surety and Indemnity Company

(NAIC #12718)

BUSINESS ADDRESS: 800 SUPERIOR AVENUE E., 21ST FLOOR, CLEVELAND, OH 44114
PHONE: (216) 328-6100
UNDERWRITING LIMITATION b/: $16,611,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY
INCORPORATED IN: California

# E

### Employers Insurance Company of Wausau

(NAIC #21458)

BUSINESS ADDRESS: 175 Berkeley Street, Boston, MA 02116
PHONE: (617) 357-9500
UNDERWRITING LIMITATION b/: $186,412,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY
INCORPORATED IN: Wisconsin

### Employers Mutual Casualty Company

(NAIC #21415)

BUSINESS ADDRESS: P.O. BOX 712, DES MOINES, IA 50306-0712
PHONE: (515) 280-2511
UNDERWRITING LIMITATION b/: $179,095,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Iowa

### Endurance American Insurance Company

(NAIC #10641)

BUSINESS ADDRESS: 4 MANHATTANVILLE ROAD, PURCHASE, NY 10577
PHONE: (914) 468-8000
UNDERWRITING LIMITATION b/: $114,226,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY
INCORPORATED IN: Delaware

**Endurance Assurance Corporation**

(NAIC #11551)

BUSINESS ADDRESS: 4 MANHATTANVILLE ROAD, PURCHASE, NY 10577
PHONE: (914) 468-8000
UNDERWRITING LIMITATION b/: $300,261,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY
INCORPORATED IN: Delaware

**Erie Insurance Company**

(NAIC #26263)

BUSINESS ADDRESS: 100 ERIE INSURANCE PLACE, ERIE, PA 16530
PHONE: (814) 870-2000
UNDERWRITING LIMITATION b/: $26,091,000
SURETY LICENSES c,f/: DE, DC, GA, IL, IN, KY, MD, MN, MO, NY, NC, OH, PA, SC, TN, VT, VA, WV, WI
INCORPORATED IN: Pennsylvania

**Euler Hermes North America Insurance Company**

(NAIC #20516)

BUSINESS ADDRESS: 100 International Drive, 22nd Floor, Baltimore, MD 21202
PHONE: (877) 883-3224
UNDERWRITING LIMITATION b/: $34,589,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC,

SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Maryland

**Everest National Insurance Company**

(NAIC #10120)

BUSINESS ADDRESS: 100 Everest Way, Warren Corporate Center, Warren, NJ 07059
PHONE: (908) 604-3000
UNDERWRITING LIMITATION b/: $29,207,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Delaware

**Everest Reinsurance Company**

(NAIC #26921)

BUSINESS ADDRESS: 100 Everest Way, Warren Corporate Center, Warren, NJ 07059
PHONE: (908) 604-3000
UNDERWRITING LIMITATION b/: $ 783,365,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Delaware

**Evergreen National Indemnity Company**

(NAIC #12750)

BUSINESS ADDRESS: 6150 Oak Tree Blvd., STE 440, Independence, OH 44131
PHONE: (440) 229-3420
UNDERWRITING LIMITATION b/: $4,945,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WI, WY
INCORPORATED IN: Ohio

**Executive Risk Indemnity Inc.**

(NAIC #35181)

BUSINESS ADDRESS: 202B Hall's Mill Road, Whitehouse Station, NJ 08889
PHONE: (215) 640-1000
UNDERWRITING LIMITATION b/: $194,039,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY
INCORPORATED IN: Delaware

**Explorer Insurance Company**

(NAIC #40029)

BUSINESS ADDRESS: P.O. BOX 509039, SAN DIEGO, CA 92150
PHONE: (858) 350-2400
UNDERWRITING LIMITATION b/: $ 25,157,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NJ, NM, NY, NC, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI
INCORPORATED IN: California

Back To Top

# F

**Fair American Insurance and Reinsurance Company**

(NAIC #35157)

BUSINESS ADDRESS: One Liberty Plaza, 165 Broadway, New York, NY 10006
PHONE: (212) 365-2200
UNDERWRITING LIMITATION b/: $ 22,448,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: New York

**Farmers Alliance Mutual Insurance Company**

(NAIC #19194)

BUSINESS ADDRESS: P.O. Box 1401, McPherson, KS 67460
PHONE: (620) 241-2200

UNDERWRITING LIMITATION b/: $22,797,000
SURETY LICENSES c,f/: CO, ID, IA, KS, MN, MO, MT, NE, NM, ND, OK, SD
INCORPORATED IN: Kansas

**Farmington Casualty Company**

(NAIC #41483)

BUSINESS ADDRESS: ONE TOWER SQUARE, HARTFORD, CT 06183
PHONE: (860) 277-0111
UNDERWRITING LIMITATION b/: $32,455,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Connecticut

**FCCI Insurance Company**

(NAIC #10178)

BUSINESS ADDRESS: 6300 University Parkway, Sarasota, FL 34240-8424
PHONE: (800) 226-3224
UNDERWRITING LIMITATION b/: $95,383,000
SURETY LICENSES c,f/: AL, AZ, AR, CO, CT, DE, DC, FL, GA, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MS, MO, MT, NE, NV, NH, NJ, NM, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Florida

**Federal Insurance Company**

(NAIC #20281)

BUSINESS ADDRESS: 202B Hall's Mill Road, Whitehouse Station, NJ 08889
PHONE: (215) 640-1000
UNDERWRITING LIMITATION b/: $497,841,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MP, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY
INCORPORATED IN: Indiana

**FEDERATED MUTUAL INSURANCE COMPANY**

(NAIC #13935)

BUSINESS ADDRESS: 121 EAST PARK SQUARE, OWATONNA, MN 55060
PHONE: (507) 455-5200
UNDERWRITING LIMITATION b/: $566,991,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Minnesota

**Fidelity and Deposit Company of Maryland**

(NAIC #39306)

BUSINESS ADDRESS: 1299 ZURICH WAY, SCHAUMBURG, IL 60196-1056
PHONE: (847) 605-6000
UNDERWRITING LIMITATION b/: $18,512,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MP, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY
INCORPORATED IN: Illinois

**FIDELITY AND GUARANTY INSURANCE COMPANY**

(NAIC #35386)

BUSINESS ADDRESS: One Tower Square, Hartford, CT 06183
PHONE: (860) 277-0111
UNDERWRITING LIMITATION b/: $2,221,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Iowa

**Fidelity and Guaranty Insurance Underwriters, Inc.**

(NAIC #25879)

BUSINESS ADDRESS: One Tower Square, Hartford, CT 06183
PHONE: (860) 277-0111
UNDERWRITING LIMITATION b/: $9,845,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Wisconsin

**Financial Casualty & Surety, Inc.**

(NAIC #35009)

BUSINESS ADDRESS: 3131 EASTSIDE, SUITE 250, HOUSTON, TX 77098
PHONE: (877) 737-2245
UNDERWRITING LIMITATION b/: $2,291,000
SURETY LICENSES c,f/: AL, AZ, CA, CO, CT, DE, FL, GA, ID, IN, IA, KS, LA, MD, MI, MN, MS, MO, MT, NV, NJ, NY, NC, ND, OH, OK, PA, SC, SD, TN, TX, UT, VT, VA, WA, WV, WY
INCORPORATED IN: Texas

**Financial Pacific Insurance Company**

(NAIC #31453)

BUSINESS ADDRESS: P.O. BOX 73909, CEDAR RAPIDS, IA 52407-3909
PHONE: (319) 399-5700
UNDERWRITING LIMITATION b/: $9,400,000
SURETY LICENSES c,f/: AK, AZ, AR, CA, CO, FL, ID, IL, IA, KS, MN, MO, MT, NE, NV, NM, ND, OK, OR, SD, TX, UT, WA, WI
INCORPORATED IN: California

**Fireman's Fund Insurance Company**

(NAIC #21873)

BUSINESS ADDRESS: 225 W. WASHINGTON STREET, SUITE 1800, CHICAGO, IL 60606-3484
PHONE: (888) 466-7883
UNDERWRITING LIMITATION b/: $142,215,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Illinois

**First Founders Assurance Company**

(NAIC #12150)

BUSINESS ADDRESS: 6 Mill Ridge Lane, Chester, NJ 07930-2486
PHONE: (800) 606-6657
UNDERWRITING LIMITATION b/: $10,015,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CO, CT, DE, DC,GA, ID, IL, IN, IA, KS, KY, LA, MD, MS, MO, MA, MI, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, PA, RI, SC, SD, TN, TX, UT, VT, VA, WV, WI,

Case: 4:18-cv-01364-SPM Doc. #: 647-1 Filed: 05/04/26 Page: 27 of 74 PageID #: 14516

WY
INCORPORATED IN: New Jersey

**First Indemnity of America Insurance Company**

(NAIC #38326)

BUSINESS ADDRESS: 2740 State Rte 10, Suite 205, Morris Plains, NJ 07950
PHONE: (973) 402-1200
UNDERWRITING LIMITATION b/: $1,733,000
SURETY LICENSES c,f/: AL, DE, FL, GA, MD, MT, NJ, NY, NC, OK, PA, SC, TN, TX, VA, WV
INCORPORATED IN: New Jersey

**First Net Insurance Company**

(NAIC #10972)

BUSINESS ADDRESS: 424 WEST O'BRIEN DRIVE, STE 202, HAGATNA, GU 96910
PHONE: (671) 477-8613
UNDERWRITING LIMITATION b/: $1,870,000
SURETY LICENSES c,f/: GU, MP
INCORPORATED IN: Guam

**Frankenmuth Insurance Company**

(NAIC #13986)

BUSINESS ADDRESS: One Mutual Avenue, Frankenmuth, MI 48787-0001
PHONE: (989) 652-6121
UNDERWRITING LIMITATION b/: $83,831,000
SURETY LICENSES c,f/: AL, AZ, AR, CO, CT, DE, DC, FL, GA, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Michigan

Back To Top

# G

**General Casualty Company Of Wisconsin**

(NAIC #24414)

BUSINESS ADDRESS: One QBE Way, Sun Prairie, WI 53596
PHONE: (800) 362-5448
UNDERWRITING LIMITATION b/: $26,369,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Wisconsin

### General Reinsurance Corporation

(NAIC #22039)

BUSINESS ADDRESS: 400 Atlantic Street, Fl. 9, STAMFORD, CT 06901
PHONE: (203) 328-5000
UNDERWRITING LIMITATION b/: $1,571,610,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Delaware

### GENERAL STAR NATIONAL INSURANCE COMPANY

(NAIC #11967)

BUSINESS ADDRESS: 400 Atlantic Street, Fl. 9, STAMFORD, CT 06901
PHONE: (203) 328-5700
UNDERWRITING LIMITATION b/: $13,470,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Delaware

### GRANITE RE, INC.

(NAIC #26310)

BUSINESS ADDRESS: 14001 Quailbrook Drive, Oklahoma City, OK 73134
PHONE: (405) 752-2600
UNDERWRITING LIMITATION b/: $6,691,000
SURETY LICENSES c,f/: AL, AZ, AR, CA, CO, CT, DE, DC, FL, GA, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Minnesota

### Granite State Insurance Company

(NAIC #23809)

BUSINESS ADDRESS: 1271 AVENUE OF THE AMERICAS, 37TH FLOOR, NEW YORK, NY 10020-1304
PHONE: (212) 770-7000
UNDERWRITING LIMITATION b/: $2,948,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Illinois

### GRAY CASUALTY & SURETY COMPANY (THE)

(NAIC #10671)

BUSINESS ADDRESS: P.O. Box 6202, Metairie, LA 70009-6202
PHONE: (504) 888-7790
UNDERWRITING LIMITATION b/: $12,702,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Louisiana

### GRAY INSURANCE COMPANY (THE)

(NAIC #36307)

BUSINESS ADDRESS: P.O. BOX 6202, METAIRIE, LA 70009-6202
PHONE: (504) 888-7790
UNDERWRITING LIMITATION b/: $25,529,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Louisiana

### Great American Alliance Insurance Company

(NAIC #26832)

BUSINESS ADDRESS: 301 E. FOURTH STREET, CINCINNATI, OH 45202
PHONE: (513) 369-5000

UNDERWRITING LIMITATION b/: $3,195,000
SURETY LICENSES c,f/: AL, AK, AS, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Ohio

**Great American Insurance Company**

(NAIC #16691)

BUSINESS ADDRESS: 301 E. FOURTH STREET, CINCINNATI, OH 45202
PHONE: (513) 369-5000
UNDERWRITING LIMITATION b/: $325,330,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY
INCORPORATED IN: Ohio

**GREAT AMERICAN INSURANCE COMPANY OF NEW YORK**

(NAIC #22136)

BUSINESS ADDRESS: 301 E. FOURTH STREET, CINCINNATI, OH 45202
PHONE: (513) 369-5000
UNDERWRITING LIMITATION b/: $26,763,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: New York

**Great American Security Insurance Company**

(NAIC #31135)

BUSINESS ADDRESS: 301 E. FOURTH STREET, CINCINNATI, OH 45202
PHONE: (513) 369-5000
UNDERWRITING LIMITATION b/: $1,697,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Ohio

**Great Midwest Insurance Company**

(NAIC #18694)

BUSINESS ADDRESS: 800 Gessner, Suite 600, Houston, TX 77024
PHONE: (713) 935-4800
UNDERWRITING LIMITATION b/: $71,057,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Texas

### Great Northern Insurance Company

(NAIC #20303)

BUSINESS ADDRESS: 202B Hall's Mill Road, Whitehouse Station, NJ 08889
PHONE: (215) 640-1000
UNDERWRITING LIMITATION b/: $44,495,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Indiana

### Greenwich Insurance Company

(NAIC #22322)

BUSINESS ADDRESS: 677 WASHINGTON BLVD., 10TH FLOOR, SUITE 1000, STAMFORD, CT 06901
PHONE: (203) 964-5200
UNDERWRITING LIMITATION b/: $286,852,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Delaware

### Guarantee Company of North America USA (The)

(NAIC #36650)

BUSINESS ADDRESS: 12600 Deerfield Pkwy, Suite 100, Alpharetta, GA US 30004
PHONE: (888) 831-4742
UNDERWRITING LIMITATION b/: /: $6,150,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA,

ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Arkansas

Back To Top

# H

**Hanover Insurance Company (The)**

(NAIC #22292)

BUSINESS ADDRESS: 440 LINCOLN STREET, WORCESTER, MA 01653 - 0002
PHONE: (508) 853-7200
UNDERWRITING LIMITATION b/: $223,369,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: New Hampshire

**HARCO NATIONAL INSURANCE COMPANY**

(NAIC #26433)
BUSINESS ADDRESS: 4200 SIX FORKS ROAD, SUITE 1400, RALEIGH, NC 27609
PHONE: (919) 833-1600
UNDERWRITING LIMITATION b/: $93,705,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY
INCORPORATED IN: Illinois

**Hartford Accident and Indemnity Company**

(NAIC #22357)

BUSINESS ADDRESS: One Hartford Plaza, Hartford, CT 06155 - 0001
PHONE: (860) 547-5000
UNDERWRITING LIMITATION b/: $264,487,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Connecticut

### Hartford Casualty Insurance Company

(NAIC #29424)

BUSINESS ADDRESS: One Hartford Plaza, Hartford, CT 06155-0001
PHONE: (860) 547-5000
UNDERWRITING LIMITATION b/: $92,668,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Indiana

### Hartford Fire Insurance Company

(NAIC #19682)

BUSINESS ADDRESS: One Hartford Plaza, Hartford, CT 06155-0001
PHONE: (860) 547-5000
UNDERWRITING LIMITATION b/: $1,249,992,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MP, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY
INCORPORATED IN: Connecticut

### Hartford Insurance Company of the Midwest

(NAIC #37478)

BUSINESS ADDRESS: One Hartford Plaza, Hartford, CT 06155-0001 PHONE: (860) 547-5000
UNDERWRITING LIMITATION b/: $42,515,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Indiana

### HDI Global Select Insurance Company

(NAIC #14265)

BUSINESS ADDRESS: 161 N. Clark Street, 48TH FLOOR, CHICAGO, IL 60601
PHONE: (312) 580-1900
UNDERWRITING LIMITATION b/: $5,236,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA,

MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Illinois

**Hudson Insurance Company**

(NAIC #25054)

BUSINESS ADDRESS: 100 William Street, 5th Floor, New York, NY 10038
PHONE: (212) 978-2800
UNDERWRITING LIMITATION b/: $71,584,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Delaware

Back To Top

# I

**IMT Insurance Company**

(NAIC #14257)

BUSINESS ADDRESS: P.O. Box 1336, Des Moines, IA 50306-1336
PHONE: (515) 453-0777
UNDERWRITING LIMITATION b/: $14,494,000
SURETY LICENSES c,f/: AZ, IL, IA, MN, MO, NE, ND, SD, WI
INCORPORATED IN: Iowa

**Indemnity Insurance Company of North America**

(NAIC #43575)

BUSINESS ADDRESS: 436 WALNUT STREET, P.O. Box 1000, Philadelphia, PA 19106
PHONE: (215) 640-1000
UNDERWRITING LIMITATION b/: $17,669,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY
INCORPORATED IN: Pennsylvania

**Indemnity National Insurance Company**

(NAIC #18468)

BUSINESS ADDRESS: 238 Bedford Way, Franklin, TN 37064
PHONE: (615) 592-5346
UNDERWRITING LIMITATION b/: $13,658,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Mississippi

**Inland Insurance Company**

(NAIC #23264)

BUSINESS ADDRESS: P.O. Box 80468 , Lincoln , NE 68501
PHONE: (402) 435-4302
UNDERWRITING LIMITATION b/: $39,653,000
SURETY LICENSES c,f/: AZ, CO, IA, KS, MN, MO, MT, NE, ND, OK, SD, WY
INCORPORATED IN: Nebraska

**Insurance Company Of North America**

(NAIC #22713)

BUSINESS ADDRESS: 436 WALNUT STREET, P.O. Box 1000, Philadelphia, PA 19106
PHONE: (215) 640-1000
UNDERWRITING LIMITATION b/: $7,980,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MP, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Pennsylvania

**Insurance Company of the State of Pennsylvania (The)**

(NAIC #19429)

BUSINESS ADDRESS: 1271 AVENUE OF THE AMERICAS, 37TH FLOOR, NEW YORK, NY 10020 - 1304
PHONE: (212) 770-7000
UNDERWRITING LIMITATION b/: $4,166,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA,

ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Illinois

**Insurance Company of the West**

(NAIC #27847)

BUSINESS ADDRESS: P.O. BOX 509039, SAN DIEGO, CA 92150
PHONE: (858) 350-2400
UNDERWRITING LIMITATION b/: $178,979,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: California

**Insurors Indemnity Company**

(NAIC #43273)

BUSINESS ADDRESS: P.O. Box 32577, Waco, TX 76703
PHONE: (254) 759-3700
UNDERWRITING LIMITATION b/: $4,052,000
SURETY LICENSES c,f/: AZ, AR, KS, LA, NV, NM, OK, TX, UT
INCORPORATED IN: Texas

**International Fidelity Insurance Company**[2]

(NAIC #11592)

BUSINESS ADDRESS: One Newark Center , Newark , NJ 07102 - 5207
PHONE: (973) 624-7200
UNDERWRITING LIMITATION b/: $8,387,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY
INCORPORATED IN: New Jersey

**IRONSHORE INDEMNITY INC.**

(NAIC #23647)

BUSINESS ADDRESS: 175 Berkeley Street, Boston, MA 02116
PHONE: (617) 357-9500

UNDERWRITING LIMITATION b/: $11,601,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Illinois

**ISLAND INSURANCE COMPANY, LIMITED**

(NAIC #22845)

BUSINESS ADDRESS: P.O. Box 1520, Honolulu, HI 96806-1520
PHONE: (808) 564-8200
UNDERWRITING LIMITATION b/: $14,370,000
SURETY LICENSES c,f/: HI
INCORPORATED IN: Hawaii

Back To Top

## J

Back To Top

## K

Back To Top

## L

**LEXINGTON NATIONAL INSURANCE CORPORATION**

(NAIC #37940)

BUSINESS ADDRESS: P.O. BOX 6098, LUTHERVILLE, MD 21094
PHONE: (410) 625-0800
UNDERWRITING LIMITATION b/: $2,305,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Florida

**Lexon Insurance Company**

(NAIC #13307)

BUSINESS ADDRESS: 4 Manhattanville Rd, 3rd Floor, Purchase, NY 10577
PHONE: (615) 553-9500
UNDERWRITING LIMITATION b/: $9,139,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MP, MT, NE, NV, NJ, NM, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Texas

**Liberty Mutual Fire Insurance Company**

(NAIC #23035)

BUSINESS ADDRESS: 175 Berkeley Street, Boston, MA 02116
PHONE: (617) 357-9500
UNDERWRITING LIMITATION b/: $177,535,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Wisconsin

**Liberty Mutual Insurance Company**

(NAIC #23043)

BUSINESS ADDRESS: 175 Berkeley Street, Boston, MA 02116
PHONE: (617) 357-9500
UNDERWRITING LIMITATION b/: $2,248,066,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MP, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY
INCORPORATED IN: Massachusetts

**LM Insurance Corporation**

(NAIC #33600)

BUSINESS ADDRESS: 175 Berkeley Street, Boston, MA 02116
PHONE: (617) 357-9500
UNDERWRITING LIMITATION b/: $12,368,000

SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY
INCORPORATED IN: Illinois

Back To Top

## M

### Manufacturers Alliance Insurance Company

(NAIC #36897)

BUSINESS ADDRESS: P. O. BOX 3031, BLUE BELL, PA 19422-0754
PHONE: (610) 397-5000
UNDERWRITING LIMITATION b/: $8,331,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CO, CT, DE, DC, ID, IN, KS, KY, LA, ME, MD, MI, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, OH, PA, RI, SC, SD, TN, UT, VT, VA, WA
INCORPORATED IN: Pennsylvania

### MARKEL INSURANCE COMPANY

(NAIC #38970)

BUSINESS ADDRESS: 4521 Highwoods Parkway, Glen Allen, VA 23060
PHONE: (800) 431-1270 x-3888
UNDERWRITING LIMITATION b/: $298,854,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Illinois

### Massachusetts Bay Insurance Company

(NAIC #22306)

BUSINESS ADDRESS: 440 LINCOLN STREET, WORCESTER, MA 01653-0002
PHONE: (508) 853-7200
UNDERWRITING LIMITATION b/: $8,228,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD,

TN, TX, VT, VA, WA, WV, WI, WY
INCORPORATED IN: New Hampshire

**Merchants Bonding Company (Mutual)**

(NAIC #14494)

BUSINESS ADDRESS: P.O. BOX 14498, DES MOINES, IA 50306-3498
PHONE: (515) 243-8171
UNDERWRITING LIMITATION b/: $29,377,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Iowa

**Merchants National Bonding, Inc.[4]**

(NAIC #11595)

BUSINESS ADDRESS: P.O. BOX 14498, DES MOINES, IA 50306-3498
PHONE: (515) 243-8171
UNDERWRITING LIMITATION b/: $3,832,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Iowa

**Michigan Millers Mutual Insurance Company**

(NAIC #14508)

BUSINESS ADDRESS: P.O. BOX 30060, LANSING, MI 48909-7560
PHONE: (517) 482-6211
UNDERWRITING LIMITATION b/: $11,874,000
SURETY LICENSES c,f/: AZ, AR, CA, CO, GA, ID, IL, IN, IA, KS, KY, MI, MN, MO, MT, NE, NY, NC, ND, OH, OK, OR, PA, SD, TN, VA, WA, WI, WY
INCORPORATED IN: Michigan

**Mid-Century Insurance Company**

(NAIC #21687)

BUSINESS ADDRESS: 6301 OWENSMOUTH AVE, WOODLAND HILLS, CA 91367-2216
PHONE: (818) 965-0433

UNDERWRITING LIMITATION b/: $475,740,000
SURETY LICENSES c,f/: AL, AZ, AR, CA, CO, FL, GA, HI, ID, IL, IN, IA, KS, MA, MI, MN, MS, MO, MT, NE, NV, NJ, NM, NY, NC, ND, OH, OK, OR, PA, SD, TN, TX, UT, VT, VA, WA, WI, WY
INCORPORATED IN: California

**MID-CONTINENT CASUALTY COMPANY**

(NAIC #23418)

BUSINESS ADDRESS: P.O. Box 1409, Tulsa, OK 74101
PHONE: (918) 587-7221
UNDERWRITING LIMITATION b/: $23,416,000
SURETY LICENSES c,f/: AL, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, IL, IN, IA, KS, KY, LA, ME, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NC, ND, OH, OK, PA, RI, SC, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Ohio

**Mitsui Sumitomo Insurance Company of America**[12]

(NAIC #20362)

BUSINESS ADDRESS: 15 Independence Boulevard, P.O. Box 4602, Warren, NY 07059-0602

PHONE: (908) 604-2900

UNDERWRITING LIMITATION b/: $ 106,508,000

SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY

INCORPORATED IN: New York

**Motorists Mutual Insurance Company**

(NAIC #14621)

BUSINESS ADDRESS: 471 East Broad Street, Columbus, OH 43215
PHONE: (614) 225-8211
UNDERWRITING LIMITATION b/: $92,932,000
SURETY LICENSES c,f/: IN, KY, MI, OH, PA, WV
INCORPORATED IN: Ohio

**Motors Insurance Corporation**

Case: 4:18-cv-01364-SPM Doc. #: 647-1 Filed: 05/04/26 Page: 42 of 74 PageID #: 14531

(NAIC #22012)

BUSINESS ADDRESS: 500 WOODWARD AVE, 14TH FLOOR, DETROIT, MI 48226
PHONE: (313) 656-3561
UNDERWRITING LIMITATION b/: $108,347,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Michigan

**Munich Reinsurance America, Inc.**

(NAIC #10227)

BUSINESS ADDRESS: 555 COLLEGE ROAD EAST - P.O. BOX 5241, PRINCETON, NJ 08543
PHONE: (609) 243-4200
UNDERWRITING LIMITATION b/: $555,251,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Delaware

Back To Top

## N

**National American Insurance Company**

(NAIC #23663)

BUSINESS ADDRESS: P.O. Box 9 , Chandler , OK 74834
PHONE: (405) 258-0804
UNDERWRITING LIMITATION b/: $11,857,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Oklahoma

**National Casualty Company**

(NAIC #11991)

BUSINESS ADDRESS: ONE WEST NATIONWIDE BLVD., 1-14-301, COLUMBUS, OH 43215-2220
PHONE: (866) 387-0457
UNDERWRITING LIMITATION b/: $21,582,000
SURETY LICENSES c,f/: AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY
INCORPORATED IN: Ohio

**National Fire & Marine Insurance Company**

(NAIC #20079)

BUSINESS ADDRESS: 1314 Douglas Street, Suite 1400, Omaha, NE 68102-1944
PHONE: (402) 916-3000
UNDERWRITING LIMITATION b/: $1,491,116,000
SURETY LICENSES c,f/: NE
INCORPORATED IN: Nebraska

**National Fire Insurance Company of Hartford**

(NAIC #20478)
BUSINESS ADDRESS: 151 N. FRANKLIN STREET, CHICAGO, IL 60606
PHONE: (312) 822-5000
UNDERWRITING LIMITATION b/: $8,182,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Illinois

**National Indemnity Company**

(NAIC #20087)

BUSINESS ADDRESS: 1314 Douglas Street, Suite 1400, Omaha, NE 68102-1944
PHONE: (402) 916-3000
UNDERWRITING LIMITATION b/: $23,323,317,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, ID, IL, IN, IA, KS, KY, LA, ME, MD, MI, MN, MS, MO, MT, NE, NV, NH, NM, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Nebraska

**National Liability & Fire Insurance Company**

(NAIC #20052)

BUSINESS ADDRESS: 1314 Douglas Street, Suite 1400, Omaha, NE 68102-1944
PHONE: (402) 916-3000
UNDERWRITING LIMITATION b/: $242,179,000
SURETY LICENSES c,f/: AL, AK, CA, CT, DE, DC, HI, ID, IL, IA, KS, KY, MD, MA, MI, MS, MO, NE, NH, NJ, NM, NY, ND, OH, OK, RI, SC, SD, TX, UT, VT, VA, WA, WY
INCORPORATED IN: Connecticut

**NATIONAL TRUST INSURANCE COMPANY**

(NAIC #20141)

BUSINESS ADDRESS: 6300 University Parkway, Sarasota, FL 34240-8424
PHONE: (800) 226-3224
UNDERWRITING LIMITATION b/: $4,296,000
SURETY LICENSES c,f/: AL, AZ, AR, CO, CT, DE, DC, FL, GA, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MS, MO, MT, NE, NM, NC, ND, OH, OK, PA, RI, SC, SD, TN, TX, UT, VT, VA, WV, WI, WY
INCORPORATED IN: Indiana

**National Union Fire Insurance Company of Pittsburgh, PA**

(NAIC #19445)

BUSINESS ADDRESS: 1271 Avenue of the Americas, 37th Floor, New York, NY 10020-1304
PHONE: (212) 770-7000
UNDERWRITING LIMITATION b/: $541,430,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MP, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Pennsylvania

**Nationwide Agribusiness Insurance Company**

(NAIC #28223)

BUSINESS ADDRESS: ONE WEST NATIONWIDE BLVD., 1-14-301, COLUMBUS, OH 43215-2220
PHONE: (866) 387-0457
UNDERWRITING LIMITATION b/: $23,869,000
SURETY LICENSES c,f/: AZ, AR, CA, CO, CT, DE, DC, FL, GA, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Iowa

**Nationwide Mutual Insurance Company**

(NAIC #23787)

BUSINESS ADDRESS: ONE WEST NATIONWIDE BLVD., 1-14-301, COLUMBUS, OH 43215-2220
PHONE: (866) 387-0457
UNDERWRITING LIMITATION b/: $2,016,706,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY
INCORPORATED IN: Ohio

**NAVIGATORS INSURANCE COMPANY**

(NAIC #42307)

BUSINESS ADDRESS: ONE HARTFORD PLAZA, HARTFORD, CT 06155-0001
PHONE: (860) 547-5000
UNDERWRITING LIMITATION b/: $221,489,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY
INCORPORATED IN: New York

**New Hampshire Insurance Company**

(NAIC #23841)

BUSINESS ADDRESS: 1271 AVENUE OF THE AMERICAS, 37TH FLOOR, NEW YORK, NY 10020-1304
PHONE: (212) 770-7000
UNDERWRITING LIMITATION b/: $7,656,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Illinois

**NEW YORK MARINE AND GENERAL INSURANCE COMPANY**

(NAIC #16608)

BUSINESS ADDRESS: 412 Mt. Kemble Ave, Suite 300C, Morristown, NJ 07960
PHONE: (800) 774-2755

UNDERWRITING LIMITATION b/: $59,663,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: New York

**NGM Insurance Company**

(NAIC #14788)

BUSINESS ADDRESS: 4601 Touchton Road East, Suite 3400, Jacksonville, FL 32246
PHONE: (904) 380-7282
UNDERWRITING LIMITATION b/: $59,880,000
SURETY LICENSES c,f/: AL, AZ, AR, CO, CT, DE, DC, FL, GA, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Florida

**NOVA Casualty Company**

(NAIC #42552)

BUSINESS ADDRESS: 440 LINCOLN STREET, WORCESTER, MA 01653 - 0002
PHONE: (508) 853-7200
UNDERWRITING LIMITATION b/: $10,165,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WI, WY
INCORPORATED IN: New York

Back To Top

# O

**Ohio Casualty Insurance Company (The)**

(NAIC #24074)

BUSINESS ADDRESS: 175 Berkeley Street, Boston, MA 02116
PHONE: (617) 357-9500
UNDERWRITING LIMITATION b/: $283,381,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY,

LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: New Hampshire

**Ohio Farmers Insurance Company**

(NAIC #24104)

BUSINESS ADDRESS: P.O. BOX 5001, WESTFIELD CENTER, OH 44251-5001
PHONE: (330) 887-0101
UNDERWRITING LIMITATION b/: $281,956,000
SURETY LICENSES c,f/: AL, AZ, AR, CO, DE, DC, FL, GA, IL, IN, IA, KY, LA, MD, MA, MI, MN, MS, MO, MT, NE, NV, NJ, NM, NY, NC, ND, OH, OK, PA, RI, SC, SD, TN, TX, UT, VA, WA, WV, WI, WY
INCORPORATED IN: Ohio

**Ohio Indemnity Company**

(NAIC #26565)

BUSINESS ADDRESS: 250 E. Broad St., 7th Floor, Columbus, OH 43215-0000
PHONE: (614) 228-2800
UNDERWRITING LIMITATION b/: $7,951,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Ohio

**Oklahoma Surety Company**

(NAIC #23426)

BUSINESS ADDRESS: P.O. Box 1409, Tulsa, OK 74101
PHONE: (918) 587-7221
UNDERWRITING LIMITATION b/: $1,759,000
SURETY LICENSES c,f/: AR, KS, OH, OK, TX
INCORPORATED IN: Ohio

**OLD DOMINION INSURANCE COMPANY**

(NAIC #40231)

BUSINESS ADDRESS: 55 WEST STREET, KEENE, NH 03431 PHONE: (904) 380-7282
UNDERWRITING LIMITATION b/: $2,122,000

Case: 4:18-cv-01364-SPM Doc. #: 647-1 Filed: 05/04/26 Page: 48 of 74 PageID #: 14537

SURETY LICENSES c,f/: CT, DE, FL, GA, ME, MD, MA, NH, NY, NC, PA, RI, SC, TN, VT, VA
INCORPORATED IN: Florida

**Old Republic General Insurance Corporation**

(NAIC #24139)

BUSINESS ADDRESS: 307 NORTH MICHIGAN AVENUE, CHICAGO, IL 60601
PHONE: (312) 346-8100
UNDERWRITING LIMITATION b/: $65,860,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Illinois

**Old Republic Insurance Company**

(NAIC #24147)

BUSINESS ADDRESS: 631 EXCEL DRIVE, SUITE 200, MT. PLEASANT, PA 15666
PHONE: (724) 834-5000
UNDERWRITING LIMITATION b/: $140,809,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY
INCORPORATED IN: Pennsylvania

**Old Republic Surety Company**

(NAIC #40444)
BUSINESS ADDRESS: P.O. BOX 1635, MILWAUKEE, WI 53201-1635
PHONE: (262) 797-2640
UNDERWRITING LIMITATION b/: $7,886,000
SURETY LICENSES c,f/: AL, AZ, AR, CA, CO, DC, FL, GA, ID, IL, IN, IA, KS, MD, MN, MS, MO, MT, NE, NV, NM, NC, ND, OH, OK, OR, PA, SC, SD, TN, TX, UT, VA, WA, WV, WI, WY
INCORPORATED IN: Wisconsin

Back To Top

# P

**Pacific Indemnity Company**

(NAIC #20346)

BUSINESS ADDRESS: 202B Hall's Mill Road, Whitehouse Station, NJ 08889
PHONE: (215) 640-1000
UNDERWRITING LIMITATION b/: $405,984,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Delaware

**Palomar Specialty Insurance Company[11]**

(NAIC #20338)

BUSINESS ADDRESS: 7979 Ivanhoe Avenue, Suite 500, La Jolla, CA 92037
PHONE: (619) 567-5290
UNDERWRITING LIMITATION b/: $ 58,017,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CT, DC, FL, GA, ID, IN, IA, KS, KY, LA, MD, MA, MI, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Oregon

**PARTNER REINSURANCE COMPANY OF THE U.S.**

(NAIC #38636)

BUSINESS ADDRESS: 200 First Stamford Place, Suite 400, Stamford, CT 06902
PHONE: (203) 485-4200
UNDERWRITING LIMITATION b/: $215,512,000
SURETY LICENSES c,f/: AL, AZ, AR, CA, CO, CT, DE, DC, GA, IL, IA, KS, LA, MD, MA, MI, MS, NE, NV, NJ, NM, NY, OH, OK, PA, SC, TX, UT, VA, WA, WV, WI
INCORPORATED IN: New York

**Pekin Insurance Company**

(NAIC #24228)

BUSINESS ADDRESS: 2505 COURT STREET, PEKIN, IL 61558 -0001
PHONE: (309) 346-1161
UNDERWRITING LIMITATION b/: $12,422,000
SURETY LICENSES c,f/: AZ, IL, IN, IA, MI, OH, UT, WI
INCORPORATED IN: Illinois

**Pennsylvania Insurance Company**

(NAIC #21962)

BUSINESS ADDRESS: P.O. Box 3646, Omaha, NE 68103-0646
PHONE: (402) 827-3424
UNDERWRITING LIMITATION b/: /: $8,057,000
SURETY LICENSES c,f/: AL, AZ, AR, CA, CO, CT, DE, DC, FL, GA, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: New Mexico

**Pennsylvania Manufacturers' Association Insurance Company**

(NAIC #12262)

BUSINESS ADDRESS: P. O. BOX 3031, BLUE BELL, PA 19422-0754
PHONE: (610) 397-5000
UNDERWRITING LIMITATION b/: $33,325,000
SURETY LICENSES c,f/: AL, AK, AR, CO, CT, DE, DC, FL, GA, HI, ID, IL, IA, KS, KY, LA, ME, MD, MA, MI, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, OH, OK, PA, RI, SC, SD, TN, TX, UT, VT, WA, WV
INCORPORATED IN: Pennsylvania

**Pennsylvania Manufacturers Indemnity Company**

(NAIC #41424)

BUSINESS ADDRESS: P. O. BOX 3031, BLUE BELL, PA 19422-0754
PHONE: (610) 397-5000
UNDERWRITING LIMITATION b/: $9,386,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CO, CT, DE, DC, ID, IN, KS, KY, LA, ME, MD, MI, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, OH, PA, RI, SC, SD, TN, UT, VT, VA, WA
INCORPORATED IN: Pennsylvania

**Pennsylvania National Mutual Casualty Insurance Company**

(NAIC #14990)

BUSINESS ADDRESS: P.O. Box 2361, Harrisburg, PA 17105-2361
PHONE: (717) 234-4941
UNDERWRITING LIMITATION b/: $83,700,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CO, CT, DE, DC, FL, GA, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NJ, NM, NY, NC, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA,

Case: 4:18-cv-01364-SPM Doc. #: 647-1 Filed: 05/04/26 Page: 51 of 74 PageID #: 14540

WV, WI
INCORPORATED IN: Pennsylvania

**PHILADELPHIA INDEMNITY INSURANCE COMPANY**

(NAIC #18058)

BUSINESS ADDRESS: One Bala Plaza, Suite 100, Bala Cynwyd, PA 19004-0950
PHONE: (610) 206-7836
UNDERWRITING LIMITATION b/: $394,881,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY
INCORPORATED IN: Pennsylvania

**PLATTE RIVER INSURANCE COMPANY**

(NAIC #18619)

BUSINESS ADDRESS: P.O. Box 5900, Madison, WI 53705-0900
PHONE: (608) 829-4200
UNDERWRITING LIMITATION b/: $5,985,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Nebraska

**Plaza Insurance Company**

(NAIC #30945)

BUSINESS ADDRESS: 175 Berkeley Street, Boston, MA 02116
PHONE: (617) 357-9500
UNDERWRITING LIMITATION b/: $2,431,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Iowa

**ProCentury Insurance Company**

(NAIC #21903)

BUSINESS ADDRESS: 550 Polaris Parkway, Westerville, OH 43082
PHONE: (614) 895-2000
UNDERWRITING LIMITATION b/: $4,136,000
SURETY LICENSES c,f/: AK, AZ, AR, CA, DE, DC, GA, IL, IN, IA, KS, LA, MD, MA, MI, MN, MS, MO, MT, NE, NV, NJ, NM, NY, ND, OK, OR, PA, SC, SD, TX, UT, WV, WI, WY
INCORPORATED IN: Michigan

**Progressive Casualty Insurance Company**

(NAIC #24260)

BUSINESS ADDRESS: P.O. BOX 89490, CLEVELAND, OH 44101-6490
PHONE: (440) 461-5000
UNDERWRITING LIMITATION b/: $565,639,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Ohio

**Progressive Northwestern Insurance Company**

(NAIC #42919)

BUSINESS ADDRESS: P.O. BOX 89490, CLEVELAND, OH 44101-6490
PHONE: (440) 461-5000
UNDERWRITING LIMITATION b/: $136,267,000
SURETY LICENSES c,f/: AK, CA, CT, DC, HI, IN, IA, KS, LA, MD, MS, MT, NV, NM, NY, ND, OH, OR, SD, UT, VA, WA
INCORPORATED IN: Ohio.

**Protective Insurance Company**

(NAIC #12416)

BUSINESS ADDRESS: 111 Congressional Blvd., CARMEL, IN 46032
PHONE: (317) 636-9800 x-7433
UNDERWRITING LIMITATION b/: $33,902,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Indiana

**Protective Property & Casualty Insurance Company**

(NAIC #35769)

BUSINESS ADDRESS: 14755 North Outer Forty Rd., Suite 400, St. Louis, MO 63017
PHONE: (636) 536-5600
UNDERWRITING LIMITATION b/: $20,251,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Missouri

Back To Top

# Q

### QBE Insurance Corporation

(NAIC #39217)

BUSINESS ADDRESS: One QBE Way, Sun Prairie, WI 53596
PHONE: (800) 362-5448
UNDERWRITING LIMITATION b/: $71,720,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Pennsylvania

# R

### Regent Insurance Company

(NAIC #24449)

BUSINESS ADDRESS: One QBE Way, Sun Prairie, WI 53596
PHONE: (800) 362-5448
UNDERWRITING LIMITATION b/: $2,476,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Wisconsin

### RLI Insurance Company

(NAIC #13056)

BUSINESS ADDRESS: 9025 N. Lindbergh Drive, Peoria, IL 61615
PHONE: (309) 692-1000
UNDERWRITING LIMITATION b/: $167,957,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY
INCORPORATED IN: Illinois

**Roche Surety and Casualty Company, Inc.**

(NAIC #42706)

BUSINESS ADDRESS: 4107 N HIMES AVE 2ND FLOOR, TAMPA, FL 33607
PHONE: (813) 623-5042
UNDERWRITING LIMITATION b/: $1,097,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CO, CT, DE, FL, GA, HI, ID, IN, IA, KS, LA, MD, MI, MN, MS, MO, MT, NE, NV, NJ, NM, NY, NC, ND, OH, OK, PA, SC, SD, TN, TX, UT, VT, VA, WA
INCORPORATED IN: Florida

**Rockwood Casualty Insurance Company**

(NAIC #35505)

BUSINESS ADDRESS: 654 Main Street, Rockwood, PA 15557
PHONE: (814) 926-4661
UNDERWRITING LIMITATION b/: $14,165,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Pennsylvania

Back To Top

# S

**SAFECO Insurance Company of America**

(NAIC #24740)

BUSINESS ADDRESS: 175 Berkeley Street, Boston, MA 02116
PHONE: (617) 357-9500
UNDERWRITING LIMITATION b/: $246,179,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: New Hampshire

**Safety National Casualty Corporation**

(NAIC #15105)

BUSINESS ADDRESS: 1832 Schuetz Road, St. Louis, MO 63146-3540
PHONE: (314) 692-1369
UNDERWRITING LIMITATION b/: $463,672,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY
INCORPORATED IN: Missouri

**Sagamore Insurance Company**

(NAIC #40460)

BUSINESS ADDRESS: 111 Congressional Blvd., CARMEL, IN 46032
PHONE: (317) 636-9800 x-7433
UNDERWRITING LIMITATION b/: $17,188,000
SURETY LICENSES c,f/: AL, AK, AZ, CO, CT, DE, DC, GA, HI, ID, IL, IN, IA, KS, KY, ME, MD, MA, MI, MN, MS, MO, MT, NE, NJ, NM, NY, NC, OH, OR, PA, RI, SC, SD, TN, TX, UT, VT, WA, WV, WI, WY
INCORPORATED IN: Indiana

**SECURA Insurance Company**

(NAIC #22543)

BUSINESS ADDRESS: P.O. Box 819 , Appleton , WI 54912-0819
PHONE: (920) 739-3161
UNDERWRITING LIMITATION b/: $70,757,000
SURETY LICENSES c,f/: AZ, AR, CO, ID, IL, IN, IA, KS, KY, MI, MN, MO, MT, NE, NV, NM, ND, OH, OK, OR, PA, SD, TN, UT, WA, WI, WY
INCORPORATED IN: Wisconsin

**Selective Insurance Company of America**

(NAIC #12572)

BUSINESS ADDRESS: 40 WANTAGE AVENUE, BRANCHVILLE, NJ 07890
PHONE: (973) 948-3000
UNDERWRITING LIMITATION b/: $99,747,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CO, CT, DE, DC, GA, ID, IL, IN, IA, KS, KY, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: New Jersey

**Seneca Insurance Company, Inc.**

(NAIC #10936)

BUSINESS ADDRESS: 199 WATER STREET, NEW YORK, NY 10038 -3521
PHONE: (212) 344-3000
UNDERWRITING LIMITATION b/: $17,873,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: New York

**Sentry Insurance Company**

(NAIC #24988)

BUSINESS ADDRESS: 1800 NORTH POINT DRIVE, STEVENS POINT, WI 54481
PHONE: (715) 346-6000
UNDERWRITING LIMITATION b/: $764,816,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Wisconsin

**Sentry Select Insurance Company**

(NAIC #21180)

BUSINESS ADDRESS: 1800 NORTH POINT DRIVE, STEVENS POINT, WI 54481
PHONE: (715) 346-6000
UNDERWRITING LIMITATION b/: $25,399,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD,

TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Wisconsin

**SERVICE INSURANCE COMPANY INC. (THE)**

(NAIC #28240)

BUSINESS ADDRESS: 80 MAIN STREET, WEST ORANGE, NJ 07052
PHONE: (973) 731-7650
UNDERWRITING LIMITATION b/: $1,384,000
SURETY LICENSES c,f/: AL, CT, DE, DC, FL, GA, KY, MD, MA, MS, MT, NH, NJ, NY, NC, PA, RI, SC, TN, VA, WV
INCORPORATED IN: New Jersey.

**SIRIUSPOINT AMERICA INSURANCE COMPANY**

(NAIC #38776)

BUSINESS ADDRESS: 1 WORLD TRADE CTR, 285 FULTON ST, 47TH FL STE 47J, NEW YORK, NY 10007
PHONE: (212) 312-2500
UNDERWRITING LIMITATION b/: $63,971,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, MD, MA, MI, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: New York

**SOUTHWEST MARINE AND GENERAL INSURANCE COMPANY**

(NAIC #12294)

BUSINESS ADDRESS: 412 Mt. Kemble Ave, Suite 300C, Morristown, NJ 07960
PHONE: (800) 774-2755
UNDERWRITING LIMITATION b/: $7,851,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Arizona

**St. Paul Fire and Marine Insurance Company**

(NAIC #24767)

BUSINESS ADDRESS: ONE TOWER SQUARE, HARTFORD, CT 06183
PHONE: (860) 277-0111
UNDERWRITING LIMITATION b/: $642,698,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY
INCORPORATED IN: Connecticut

### ST. PAUL GUARDIAN INSURANCE COMPANY

(NAIC #24775)

BUSINESS ADDRESS: One Tower Square, Hartford, CT 06183
PHONE: (860) 277-0111
UNDERWRITING LIMITATION b/: $2,443,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Connecticut

### St. Paul Mercury Insurance Company

(NAIC #24791)

BUSINESS ADDRESS: One Tower Square, Hartford, CT 06183
PHONE: (860) 277-0111
UNDERWRITING LIMITATION b/: $12,098,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Connecticut

### Standard Fire Insurance Company (The)

(NAIC #19070)

BUSINESS ADDRESS: ONE TOWER SQUARE, HARTFORD, CT 06183
PHONE: (860) 277-0111
UNDERWRITING LIMITATION b/: $165,645,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY
INCORPORATED IN: Connecticut

**Star Insurance Company**

(NAIC #18023)

BUSINESS ADDRESS: 26255 American Drive, Southfield, MI 48034
PHONE: (248) 358-1100
UNDERWRITING LIMITATION b/: $57,684,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Michigan

**StarNet Insurance Company**

(NAIC #40045)

BUSINESS ADDRESS: P.O. BOX 9190, DES MOINES, IA 50306-9190
PHONE: (800) 343-0592
UNDERWRITING LIMITATION b/: $13,272,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Iowa

**Starr Specialty Insurance Company**

(NAIC #16109)

BUSINESS ADDRESS: 399 Park Avenue, 3rd floor, New York, NY 10022
PHONE: (646) 227-6400
UNDERWRITING LIMITATION b/: $17,378,000
SURETY LICENSES c,f/: AL, AK, AS, AZ, AR, CA, CO, CT, DE, DC, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, MD, MA, MI, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Texas

**State Auto Property and Casualty Insurance Company**

(NAIC #25127)

BUSINESS ADDRESS: 175 Berkeley Street, Boston, MA 02116
PHONE: (617) 357-9500
UNDERWRITING LIMITATION b/: $19,366,000

SURETY LICENSES c,f/: AL, AK, AZ, AR, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NJ, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WV, WI, WY
INCORPORATED IN: Iowa

**State Automobile Mutual Insurance Company**

(NAIC #25135)

BUSINESS ADDRESS: 175 Berkeley Street, Boston, MA 02116
PHONE: (617) 357-9500
UNDERWRITING LIMITATION b/: $35,538,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Ohio

**State Farm Fire and Casualty Company**

(NAIC #25143)

BUSINESS ADDRESS: ONE STATE FARM PLAZA, BLOOMINGTON, IL 61710
PHONE: (309) 766-2311
UNDERWRITING LIMITATION b/: $2,264,538,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Illinois

**SureTec Insurance Company**

(NAIC #10916)

BUSINESS ADDRESS: 2103 CityWest Blvd., Suite 1300, Houston, TX 77042
PHONE: (713) 812-0800
UNDERWRITING LIMITATION b/: $16,301,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Texas

**SURETY BONDING COMPANY OF AMERICA**

(NAIC #24047)

BUSINESS ADDRESS: 151 N. Franklin Street, CHICAGO, IL 60606
PHONE: (312) 822-5000
UNDERWRITING LIMITATION b/: $489,000
SURETY LICENSES c,f/: AL, AZ, AR, CA, CO, DE, DC, GA, ID, IL, IN, KS, MN, MO, MT, NE, NV, NM, NY, ND, OK, OR, SC, SD, TN, TX, UT, WV, WY
INCORPORATED IN: South Dakota

**Swiss Re Corporate Solutions America Insurance Corporation**

(NAIC #29874)

BUSINESS ADDRESS: 1200 MAIN ST. SUITE 800, KANSAS CITY, MO 64105-2478
PHONE: (816) 235-3700
UNDERWRITING LIMITATION b/: $113,786,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY
INCORPORATED IN: Missouri

**Swiss Re Corporate Solutions Premier Insurance Corporation**

(NAIC #32778)

BUSINESS ADDRESS: 1200 MAIN ST. SUITE 800, KANSAS CITY, MO 64105-2478
PHONE: (816) 235-3700
UNDERWRITING LIMITATION b/: $7,070,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY
INCORPORATED IN: Missouri

**Swiss Reinsurance America Corporation**

(NAIC #25364)

BUSINESS ADDRESS: 175 KING STREET, ARMONK, NY 10504-1606
PHONE: (914) 828-8000
UNDERWRITING LIMITATION b/: $356,267,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI,

SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: New York

Back To Top

# T

**TRANSATLANTIC REINSURANCE COMPANY**

(NAIC #19453)

BUSINESS ADDRESS: One Liberty Plaza, 165 Broadway, NEW YORK, NY 10006
PHONE: (212) 365-2200
UNDERWRITING LIMITATION b/: $481,654,000
SURETY LICENSES c,f/: AK, AZ, CA, CO, DE, DC, GA, ID, IL, IN, IA, KS, KY, LA, MI, MN, MS, NV, NJ, NM, NY, OH, OK, PA, SD, TX, UT, WA, WI
INCORPORATED IN: New York

**Travelers Casualty and Surety Company**

(NAIC #19038)

BUSINESS ADDRESS: ONE TOWER SQUARE, HARTFORD, CT 06183
PHONE: (860) 277-0111
UNDERWRITING LIMITATION b/: $835,540,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY
INCORPORATED IN: Connecticut

**Travelers Casualty and Surety Company of America**

(NAIC #31194)

BUSINESS ADDRESS: ONE TOWER SQUARE, HARTFORD, CT 06183
PHONE: (860) 277-0111
UNDERWRITING LIMITATION b/: $225,563,000
SURETY LICENSES c,f/: AL, AK, AS, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY
INCORPORATED IN: Connecticut

**Travelers Casualty Insurance Company of America**

(NAIC #19046)

BUSINESS ADDRESS: ONE TOWER SQUARE, HARTFORD, CT 06183
PHONE: (860) 277-0111
UNDERWRITING LIMITATION b/: $59,314,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Connecticut

**Travelers Indemnity Company (The)**

(NAIC #25658)

BUSINESS ADDRESS: ONE TOWER SQUARE, HARTFORD, CT 06183
PHONE: (860) 277-0111
UNDERWRITING LIMITATION b/: $860,161,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Connecticut

**TRAVELERS INDEMNITY COMPANY OF AMERICA (THE)**

(NAIC #25666)

BUSINESS ADDRESS: ONE TOWER SQUARE, HARTFORD, CT 06183
PHONE: (860) 277-0111
UNDERWRITING LIMITATION b/: $20,091,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CO, CT, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Connecticut

**Travelers Indemnity Company of Connecticut (The)**

(NAIC #25682)

BUSINESS ADDRESS: ONE TOWER SQUARE, HARTFORD, CT 06183
PHONE: (860) 277-0111
UNDERWRITING LIMITATION b/: $35,537,000

SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY
INCORPORATED IN: Connecticut

#### Travelers Property Casualty Company of America

(NAIC #25674)

BUSINESS ADDRESS: ONE TOWER SQUARE, HARTFORD, CT 06183
PHONE: (860) 277-0111
UNDERWRITING LIMITATION b/: $48,756,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MP, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Connecticut

Back To Top

## U

#### U.S. Specialty Insurance Company

(NAIC #29599)

BUSINESS ADDRESS: 13403 Northwest Freeway, Houston, TX 77040
PHONE: (713) 324-1000
UNDERWRITING LIMITATION b/: $62,509,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Texas

#### Union Insurance Company

(NAIC #25844)

BUSINESS ADDRESS: P.O. BOX 9190, DES MOINES, IA 50306-9190
PHONE: (972) 719-2400
UNDERWRITING LIMITATION b/: $5,371,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN,

TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Iowa

### UNITED CASUALTY AND SURETY INSURANCE COMPANY[3]

(NAIC #36226)

BUSINESS ADDRESS: 303 Congress Street, Suite 502, Boston, MA 02210 PHONE: (617) 471-1112
UNDERWRITING LIMITATION b/: $5,591,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Nebraska

### United Fire & Casualty Company

(NAIC #13021)

BUSINESS ADDRESS: P.O. BOX 73909, CEDAR RAPIDS, IA 52407-3909
PHONE: (319) 399-5700
UNDERWRITING LIMITATION b/: $60,779,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Iowa

### UNITED FIRE & INDEMNITY COMPANY

(NAIC #19496)

BUSINESS ADDRESS: P.O. BOX 73909, CEDAR RAPIDS, IA 52407-3909
PHONE: (319) 399-5700
UNDERWRITING LIMITATION b/: $2,158,000
SURETY LICENSES c,f/: AL, CO, IN, KY, LA, MS, MO, NM, TX
INCORPORATED IN: Texas

### United States Fidelity and Guaranty Company

(NAIC #25887)

BUSINESS ADDRESS: ONE TOWER SQUARE, HARTFORD, CT 06183
PHONE: (860) 277-0111
UNDERWRITING LIMITATION b/: $96,403,000

Case: 4:18-cv-01364-SPM Doc. #: 647-1 Filed: 05/04/26 Page: 66 of 74 PageID #: 14555

SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY
INCORPORATED IN: Connecticut

**United States Fire Insurance Company**

(NAIC #21113)

BUSINESS ADDRESS: 305 MADISON AVENUE, MORRISTOWN, NJ 07960
PHONE: (973) 490-6600
UNDERWRITING LIMITATION b/: $251,791,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY
INCORPORATED IN: Delaware

**United States Surety Company**

(NAIC #10656)

BUSINESS ADDRESS: 225 Schilling Circle, Suite 265-270, Hunt Valley, MD 21031
PHONE: (410) 453-9522
UNDERWRITING LIMITATION b/: $5,837,000
SURETY LICENSES c,f/: CT, DE, DC, FL, GA, ME, MD, MA, NH, NJ, NY, NC, OH, PA, RI, SC, TN, VT, VA, WV
INCORPORATED IN: Maryland

**UNITED SURETY AND INDEMNITY COMPANY**

(NAIC #44423)

BUSINESS ADDRESS: PO Box 2111, San Juan, PR 00922-2111
PHONE: (787) 273-1818
UNDERWRITING LIMITATION b/: $7,760,000
SURETY LICENSES c,f/: PR
INCORPORATED IN: Puerto Rico

**Universal Fire & Casualty Insurance Company**

(NAIC #32867)

BUSINESS ADDRESS: 2850 DIXIE HWY, SUITE 100, WATERFORD, MI 48328
PHONE: (616) 662-3900

Case: 4:18-cv-01364-SPM Doc. #: 647-1 Filed: 05/04/26 Page: 67 of 74 PageID #: 14556

UNDERWRITING LIMITATION b/: $6,918,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, MD, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Indiana

**UNIVERSAL INSURANCE COMPANY**

(NAIC #31704)

BUSINESS ADDRESS: GPO BOX 71338, SAN JUAN, PR 00936
PHONE: (787) 706-7155
UNDERWRITING LIMITATION b/: $40,823,000
SURETY LICENSES c,f/: PR
INCORPORATED IN: Puerto Rico

**Universal Surety Company**

(NAIC #25933)

BUSINESS ADDRESS: P.O. Box 80468, Lincoln, NE 68501
PHONE: (402) 435-4302
UNDERWRITING LIMITATION b/: $30,374,000
SURETY LICENSES c,f/: AZ, AR, CO, ID, IL, IN, IA, KS, KY, MI, MN, MO, MT, NE, NM, ND, OH, OK, OR, SC, SD, TX, UT, WA, WI, WY
INCORPORATED IN: Nebraska

**Utica Mutual Insurance Company**

(NAIC #25976)

BUSINESS ADDRESS: P.O. BOX 530, UTICA, NY 13503-0530
PHONE: (800) 598-8422
UNDERWRITING LIMITATION b/: $156,938,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: New York

Back To Top

# V

Case: 4:18-cv-01364-SPM Doc. #: 647-1 Filed: 05/04/26 Page: 68 of 74 PageID #: 14557

**VerTerra Insurance Company**

(NAIC #10024)

BUSINESS ADDRESS: P.O. BOX 509039, SAN DIEGO, CA 92150
PHONE: (858) 350-2400
UNDERWRITING LIMITATION b/: $7,411,000
SURETY LICENSES c,f/: TX
INCORPORATED IN: Texas

**Vigilant Insurance Company**

(NAIC #20397)

BUSINESS ADDRESS: 202B Hall's Mill Road, Whitehouse Station, NJ 08889
PHONE: (215) 640-1000
UNDERWRITING LIMITATION b/: $39,235,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY
INCORPORATED IN: New York

Back To Top

# W

**West American Insurance Company**

(NAIC #44393)

BUSINESS ADDRESS: 175 Berkeley Street, Boston, MA 02116
PHONE: (617) 357-9500
UNDERWRITING LIMITATION b/: $5,275,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Indiana

**WEST BEND INSURANCE COMPANY**

(NAIC #15350)

BUSINESS ADDRESS: 1900 South 18th Avenue, West Bend, WI 53095
PHONE: (262) 334-5571
UNDERWRITING LIMITATION b/: $162,818,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Wisconsin

**Westchester Fire Insurance Company**

(NAIC #10030)

BUSINESS ADDRESS: 436 Walnut Street, P.O. Box 1000, Philadelphia, PA 19106
PHONE: (215) 640-1000
UNDERWRITING LIMITATION b/: $5,741,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MP, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY
INCORPORATED IN: Pennsylvania

**Western National Mutual Insurance Company**

(NAIC #15377)

BUSINESS ADDRESS: P.O. BOX 1463, MINNEAPOLIS, MN 55440
PHONE: (952) 835-5350
UNDERWRITING LIMITATION b/: $98,415,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, DE, DC, FL, GA, ID, IL, IN, IA, KS, KY, LA, MD, MI, MN, MS, MO, MT, NE, NV, NJ, NM, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VA, WA, WV, WI, WY
INCORPORATED IN: Minnesota

**Western Surety Company**

(NAIC #13188)

BUSINESS ADDRESS: 151 N. Franklin Street, CHICAGO, IL 60606
PHONE: (312) 822-5000
UNDERWRITING LIMITATION b/: $147,759,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: South Dakota

**Westfield Insurance Company**

(NAIC #24112)

BUSINESS ADDRESS: P.O. BOX 5001, WESTFIELD CENTER, OH 44251-5001
PHONE: (330) 887-0101
UNDERWRITING LIMITATION b/: $126,577,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY
INCORPORATED IN: Ohio

**Westfield National Insurance Company**

(NAIC #24120)

BUSINESS ADDRESS: P.O. BOX 5001, WESTFIELD CENTER, OH 44251-5001
PHONE: (330) 887-0101
UNDERWRITING LIMITATION b/: $38,448,000
SURETY LICENSES c,f/: AL, AZ, AR, CA, CO, DE, FL, GA, IL, IN, IA, KY, MD, MI, MN, NM, NC, ND, OH, OK, PA, SC, SD, TN, TX, VA, WV, WI
INCORPORATED IN: Ohio

**Westport Insurance Corporation**

(NAIC #39845)

BUSINESS ADDRESS: 1200 MAIN ST. SUITE 800, KANSAS CITY, MO 64105-2478
PHONE: (816) 235-3700
UNDERWRITING LIMITATION b/: $16,708,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY
INCORPORATED IN: Missouri

Back To Top

## X

**XL Specialty Insurance Company**

(NAIC #37885)

Case: 4:18-cv-01364-SPM Doc. #: 647-1 Filed: 05/04/26 Page: 71 of 74 PageID #: 14560

BUSINESS ADDRESS: 677 WASHINGTON BLVD., SUITE 1000, STAMFORD, CT 06901
PHONE: (203) 964-5200
UNDERWRITING LIMITATION b/: $78,809,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MP, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY
INCORPORATED IN: Delaware.

Back To Top

## Y

Back To Top

## Z

### Zurich American Insurance Company

(NAIC # 16535)

BUSINESS ADDRESS: 1299 ZURICH WAY, SCHAUMBURG, IL 60196-1056
PHONE: (847) 605-6000
UNDERWRITING LIMITATION b/: $563,120,000
SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MP, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY
INCORPORATED IN: New York

Back To Top

Last Updated: April 14, 2026

Case: 4:18-cv-01364-SPM Doc. #: 647-1 Filed: 05/04/26 Page: 72 of 74 PageID #: 14561

Data

**Doing Business with the Bureau of the Fiscal Service**

Procurement / Vendor Information

Bank Management System (BMS)

Grants & Loans

**Surety Bonds**

Background

Department Circular 570

Resources

Getting Started

**Certified Companies**

**List of Certified Companies**

List of Certified Reinsurer Companies

Reinsurers

List of Overseas Accredited/Trusteed Reinsurers

List of State Insurance Departments

Contact Us

Treasury Bank Mentor-Protégé Program

Procurement / Vendor Information

FAQs

Training & Events

All Programs & Services

## Related Links

Pay Online

## Contact Us

@ Surety Bonds

@ Circular 570: Treasury's Approved Listing of Sureties

surety.bonds@fiscal.treasury.gov

304-480-6635

About Us Accounting Payments Financial Integrity Financing
Financial Management Solutions Debt & Receivables Servicing Resources

fiscal.treasury.gov

**An official website of the U.S. Department of the Treasury**

Have a question about government services? Contact USA.gov

EXPLORE AND SIGN UP

Our in-person and virtual events provide learning opportunities for fiscal-related topics.

Our FAQs have extensive lists for what you can do and where you can find it.

CONTACT US

Visit our Contacts page to find the resources you need.

Still can't find what you're looking for?

Submit a Request Form

EXPLORE OUR PARTNER SITES

Case: 4:18-cv-01364-SPM Doc. #: 647-1 Filed: 05/04/26 Page: 74 of 74 PageID #: 14563

Our partner sites provide additional stats and public information.

FiscalData.treasury.gov

TFX.treasury.gov

Treasury Direct

USASpending.gov

Accessibility • Data Quality • FOIA • No Fear Act • Privacy Impact Assessments • Privacy Policy

© 2026 Bureau of the Fiscal Service