Case: 4:18-cv-01364-SPM    Doc. #: 647-2    Filed: 05/04/26    Pa...
14564



DEFENDANT'S
EXHIBIT

**B**

_____

## Demographics

**Company Name:** ENDURANCE ASSURANCE CORPORATION

**NAIC CoCode:** 11551

**State of Domicile:** Delaware

**Organization Type:** P&C Stock Corporation

**Short Name:**

**Country of Domicile:** United States

**Date of Incorporation:** 09/05/2002

**SBS Company Number:** 104344915

**Domicile Type:** Foreign

**NAIC Group Number:** 3219 - Sompo Grp

**Merger Flag:** No

## DBA Name

No results found.

## Address

| Business Address | Mailing Address | Statutory Home Office Address | Main Administrative Office Address |
| --- | --- | --- | --- |
| 4 MANHATTANVILLE ROAD | 4 MANHATTANVILLE ROAD | 1209 ORANGE STREET | 4 MANHATTANVILLE ROAD |
| PURCHASE, NY 10577 | PURCHASE, NY 10577 | WILMINGTON, DE 19801 | PURCHASE, NY 10577 |
| United States | United States | United States | United States |

## Phone, Email, Website

**Phone**

| Type | Number |
| --- | --- |
| Business Primary Phone | (914) 468-8000 |
| Mailing Primary Phone | (914) 468-8602 |

**Email**

No results found.

**Website**

| Type | Website |
| --- | --- |
| Website | WWW.SOMPO-INTL.COM |

## Company Type

**Company Type:** Property and Casualty (Ch 379, RSMo)

**Status:** Active

**Effective Date:** 06/05/2007

**Issue Date:** 06/05/2007

**Articles of Incorporation Received:** No

**Business Activities of Members:**

**Status Reason:**

**SBS Legacy Number:** 422061

**Approval Date:**

**Article No:**

**Status Date:** 06/05/2007

**Expiration Date:** 07/01/2026

**File Date:**

**COA Number:**

## Line Of Business

| Line of Business | Citation Type | Effective Date |
| --- | --- | --- |
| B1 - Property (379.010.1(1), RSMo) | B1 - Property (379.010.1(1), RSMo) | 06/05/2007 |
| B2 - Liability (379.010.1(2), RSMo) | B2 - Liability (379.010.1(2), RSMo) | 06/05/2007 |
| B3 - Fidelity and Surety (379.010.1(3), RSMo) | B3 - Fidelity and Surety (379.010.1(3), RSMo) | 06/05/2007 |
| B4 - Accident and Health (379.010.1(4), RSMo) | B4 - Accident and Health (379.010.1(4), RSMo) | 06/05/2007 |
| B5 - Miscellaneous (379.010.1(5), RSMo) | B5 - Miscellaneous (379.010.1(5), RSMo) | 06/05/2007 |

© 2026 National Association of Insurance Commissioners. All rights reserved.

Company Lookup Summary

4/30/26, 2:03 PM

## Contact

| Contact Type | Preferred Name | Name | E-mail | Phone | Address |
|---|---|---|---|---|---|
| Disaster Contact | | Stuart Kyle | **Business Email:**  skyle@sompo-intl.com | **Business Primary Phone:**  (704) 972-1030 | Other Overlook Building 13146 Ballantyne Corporate Pla Suite 300 Charlotte, NC United States County 28277 |

## Company Merger

No results found.

## Name Change History

| Previous Name | New Name | Effective Date |
|---|---|---|
| | ENDURANCE REINSURANCE CORPORATION OF AMERICA | 10/29/2003 |
| ENDURANCE REINSURANCE CORPORATION OF AMERICA | ENDURANCE ASSURANCE CORPORATION | 08/24/2016 |

© 2026 National Association of Insurance Commissioners. All rights reserved.

## Demographics

| | | |
|---|---|---|
| **Company Name:** ENDURANCE AMERICAN INSURANCE COMPANY | | **SBS Company Number:** 104345435 |
| **NAIC CoCode:** 10641 | **Short Name:** | **Domicile Type:** Foreign |
| **State of Domicile:** Delaware | **Country of Domicile:** United States | **NAIC Group Number:** 3219 - Sompo Grp |
| **Organization Type:** P&C Stock Corporation | **Date of Incorporation:** 04/05/1996 | **Merger Flag:** No |

## DBA Name

No results found.

## Address

| Business Address | Mailing Address | Statutory Home Office Address | Main Administrative Office Address |
|---|---|---|---|
| 1209 ORANGE ST | 1221 AVENUE OF THE AMERICAS | Not Available | Not Available |
| WILMINGTON, DE 19801 | 18TH FLOOR | Not Available | Not Available |
| United States | NEW YORK, NY 10020 | Not Available, MO 99999 | Not Available |
| | United States | United States | Not Available, MO 99999 |
| | | | United States |

## Phone, Email, Website

**Phone**

| Type | Number |
|---|---|
| Business Primary Phone | (212) 209-6500 |
| Main Admin Office Primary Phone | (212) 209-6500 |
| Statutory Home Office Primary Phone | (212) 209-6500 |

**Email**

No results found.

**Website**

No results found.

## Company Type

| | |
|---|---|
| **Company Type:** Reinsurer (Ch 375.246) | |
| **Status:** Inactive | **Status Reason:** Converted to Another Type |
| **Status Date:** 04/16/2007 | **Effective Date:** 04/16/2007 |
| **Expiration Date:** 04/17/2007 | **Issue Date:** 02/25/1997 |
| **File Date:** | **Articles of Incorporation Received:** No |
| **COA Number:** | **Business Activities of Members:** |

**SBS Legacy Number:** 422581
**Approval Date:**
**Article No:**

## Line Of Business

| Line of Business | Citation Type | Effective Date |
|---|---|---|
| R2 - Reinsurer Domiciled in Another State (375.246.1(3)) | R2 - Reinsurer Domiciled in Another State (375.246.1(3)) | 04/16/2007 |

## Contact

No results found.

© 2026 National Association of Insurance Commissioners. All rights reserved.

Company Lookup Summary

## Company Merger

No results found.

## Name Change History

| Previous Name | New Name | Effective Date |
|---|---|---|
| CORE INSURANCE COMPANY | ENDURANCE AMERICAN INSURANCE COMPANY | 10/30/2006 |
| | CORE INSURANCE COMPANY | 02/25/1997 |

© 2026 National Association of Insurance Commissioners. All rights reserved.

Case: 4:18-cv-01364-SPM    Doc. #:  647-2    Filed: 05/04/26    Page: 5 of 8 PageID #: 14568

## Demographics

| | | |
|---|---|---|
| **Company Name:**  LEXON INSURANCE COMPANY | | **SBS Company Number:**  104343359 |
| **NAIC CoCode:**  13307 | **Short Name:** | **Domicile Type:**  Foreign |
| **State of Domicile:**  Texas | **Country of Domicile:**  United States | **NAIC Group Number:**  3219 - Sompo Grp |
| **Organization Type:**  P&C Stock Corporation | **Date of Incorporation:**  03/16/1984 | **Merger Flag:**  No |

## DBA Name

No results found.

## Address

| Business Address | Mailing Address | Statutory Home Office Address | Main Administrative Office Address |
|---|---|---|---|
| 4 Manhattanville Road 3rd Floor Purchase, NY 10577 United States | 4 Manhattanville Road 3rd Floor Purchase, NY 10577 United States | 701 BRAZOS STREET, SUITE 1500 AUSTIN, TX 78701 United States | 4 Manhattanville Road 3rd Floor Purchase, NY 10577 United States |

## Phone, Email, Website

**Phone**

| Type | Number |
|---|---|
| Business Primary Phone | (615) 553-9500 |
| Main Admin Office Primary Phone | (914) 468-8000 |
| Statutory Home Office Fax Phone | (502) 253-6570 |
| Fax Phone | (914) 997-0331 |

**Email**

| Type | E-mail |
|---|---|
| Business Email | fmarsala@sompo-intl.com |

**Website**

| Type | Website |
|---|---|
| Website | WWW.SOMPO-INTL.COM |

## Company Type

| | | |
|---|---|---|
| **Company Type:**  Property and Casualty (Ch 379, RSMo) | | |
| **Status:**  Active | | **Status Reason:** |
| **Status Date:**  11/30/1999 | **Effective Date:**  11/30/1999 | **SBS Legacy Number:**  420505 |
| **Expiration Date:**  07/01/2026 | **Issue Date:**  11/30/1999 | **Approval Date:** |
| **File Date:** | **Articles of Incorporation Received:**  No | **Article No:** |
| **COA Number:** | **Business Activities of Members:** | |

## Line Of Business

| Line of Business | Citation Type | Effective Date |
|---|---|---|
| B3 - Fidelity and Surety (379.010.1(3), RSMo) | B3 - Fidelity and Surety (379.010.1(3), RSMo) | 11/30/1999 |

## Contact

© 2026 National Association of Insurance Commissioners. All rights reserved.

Case: 4:18-cv-01364-SPM     Doc. #:  647-2     Filed: 05/04/26     Page: 6 of 8 PageID #: 14569

| Contact Type | Preferred Name | Name | E-mail | Phone | Address |
|---|---|---|---|---|---|
| Disaster Contact | | Stuart Kyle | **Business Email:** skyle@sompo-intl.com | **Business Primary Phone:** (704) 972-1030 | Other Overlook Building 13146 Ballantyne Corporate Pla Suite 300 Charlotte, NC United States County 28277 |

## Company Merger

No results found.

## Name Change History

| Previous Name | New Name | Effective Date |
|---|---|---|
| | UNDERWRITERS INDEMNITY COMPANY | 06/19/1990 |
| UNDERWRITERS INDEMNITY COMPANY | LEXON INSURANCE COMPANY | 06/19/2003 |

© 2026 National Association of Insurance Commissioners. All rights reserved.

**DEFENDANT'S EXHIBIT B**

## Demographics

**Company Name:** BOND SAFEGUARD INSURANCE COMPANY    **SBS Company Number:** 104341834

**NAIC CoCode:** 27081    **Short Name:**    **Domicile Type:** Foreign

**State of Domicile:** South Dakota    **Country of Domicile:** United States    **NAIC Group Number:** 3219 - Sompo Grp

**Organization Type:** P&C Stock Corporation    **Date of Incorporation:** 06/15/1971    **Merger Flag:** No

## DBA Name

No results found.

## Address

**Business Address**
506 Sixth Street
PO Box 8045
Rapid City, SD 57709
United States

**Mailing Address**
4 Manhattanville Road
3rd Floor
Purchase, NY 10577
United States

**Statutory Home Office Address**
2522 West 41st Street
#246
Sioux Falls, SD 57105
United States

**Main Administrative Office Address**
4 Manhattanville Road
3rd Floor
Purchase, NY 10577
United States

## Phone, Email, Website

**Phone**

| Type | Number |
|---|---|
| Main Admin Office Primary Phone | (914) 468-8002 |
| Mailing Primary Phone | (914) 468-8602 |
| Statutory Home Office Primary Phone | (914) 468-8602 |

**Email**

| Type | E-mail |
|---|---|
| Email | fmarsala@sompo-intl.com |

**Website**

| Type | Website |
|---|---|
| Website | WWW.SOMPO-INTL.COM |

## Company Type

**Company Type:** Property and Casualty (Ch 379, RSMo)

**Status:** Active    **Status Reason:**    **Status Date:** 10/16/1989

**Effective Date:** 10/16/1989    **SBS Legacy Number:** 418979    **Expiration Date:** 07/01/2026

**Issue Date:** 10/16/1989    **Approval Date:**    **File Date:**

**Articles of Incorporation Received:** No    **Article No:**    **COA Number:**

**Business Activities of Members:**

## Line Of Business

| Line of Business | Citation Type | Effective Date |
|---|---|---|
| B3 - Fidelity and Surety (379.010.1(3), RSMo) | B3 - Fidelity and Surety (379.010.1(3), RSMo) | 10/16/1989 |

## Contact

© 2026 National Association of Insurance Commissioners. All rights reserved.

Case: 4:18-cv-01364-SPM     Doc. #:  647-2     Filed: 05/04/26     Page: 8 of 8 PageID #: 14571

| Contact Type | Preferred Name | Name | E-mail | Phone | Address |
|---|---|---|---|---|---|
| Disaster Contact | | Stuart Kyle | **Business Email:**  skyle@sompo-intl.com | **Business Primary Phone:**  (704) 972-1030 | Other Overlook Building 13146 Ballantyne Corporate Pla Suite 300 Charlotte, NC United States County 28277 |

## Company Merger

No results found.

## Name Change History

| Previous Name | New Name | Effective Date |
|---|---|---|
| | BOND SAFEGUARD INSURANCE COMPANY | 10/16/1989 |

© 2026 National Association of Insurance Commissioners. All rights reserved.