# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Susan E. Bindler**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

May 13, 2026

Rachael Anne Hagan
CITY COUNSELOR'S OFFICE
MO
314 City Hall
1200 Market Street
Saint Louis, MO  63103-0000

John McCann Waldron
KHAZAELI & WYRSCH
Suite 211
911 Washington Avenue
Saint Louis, MO  63101

RE:  26-1415  Dennis Ball-Bey v. Kyle Chandler
     26-1419  Dennis Ball-Bey v. Kyle Chandler

Dear Counsel:

A cross-appeal briefing schedule has been established for the above-titled cases. Cross-appeal briefing is governed by Federal Rule of Appellate Procedure 28.1. Please refer to the schedule and note the key filings. In addition to Federal Rule of Appellate Procedure 28.1, you should also review Federal Rules of Appellate Procedure 28 and 32 and Eight Circuit Rules 28A and 32A. Sample briefs are available on our website.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of method of appendix preparation selected for the cases. Eight Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file a brief will result in the issuance of an order to show cause and may lead to dismissal of the appeal or entry of an order barring the filing of a brief. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

Susan E. Bindler
Clerk of Court

CJO

Enclosure(s)

cc:   Alicia Anne Campbell
      Clerk, U.S. District Court, Eastern District of Missouri
      Daniel A. Dailey
      Javad Mohammed Khazaeli
      Robert T. Plunkert
      Shannon White
      Jermaine Wooten
      James R. Wyrsch


      District Court/Agency Case Number(s):   4:18-cv-01364-SPM
                                              4:18-cv-01364-SPM

# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

### CROSS-APPEAL BRIEFING SCHEDULE ORDER

Appeal No.      26-1415   Dennis Ball-Bey v. Kyle Chandler
                26-1419   Dennis Ball-Bey v. Kyle Chandler

Date:           May 13, 2026

### APPEAL REQUIREMENTS

1. Complete and file immediately:
   A. Corporate Disclosure Statement. See 8th Cir. R. 26.1A.
   B. Entry of Appearance Form.
      Forms are available at: www.ca8.uscourts.gov/all-forms

2. Prepare the Record on Appeal:
   A. Within 10 days, confer with opposing counsel and determine the method of Appendix preparation. See FRAP 30 and 8th Cir. R. 30A.
   B. Within 14 days, order any transcripts required for the appeal and arrange for payment. If no transcript is required, file a certificate of waiver. See FRAP 10(b). Appellee should order any additional transcripts within 14 days of appellant's order.
   C. Review the "Record on Appeal" at:  www.ca8.uscourts.gov/appeal-preparation-information.

3. Review "Briefing Checklist" and "Pointers on Preparing Briefs" at:
   www.ca8.uscourts.gov/appeal-preparation-information.

### GENERAL INFORMATION

The following filing dates are established for the cross-appeals. The dates will only be extended upon the filing of a timely motion establishing good cause. An order granting extension of time automatically extends the filing date for the responding or replying party's brief. Dates are advanced if a party files its brief before the due date. Please refer to FRAP 25, FRAP 26 and FRAP 31 for provisions governing filing and service, as well as computing and extending time.

The Federal Rules of Appellate Procedure and the Eighth Circuit's Local Rules may be found at www.ca8.uscourts.gov/rules-procedures.

The Practitioner's Handbook and the Court's Internal Operating Procedures may also be found at the same address.

**The following briefing schedule has been established for these cross-appeals.**

**Please refer to Federal Rule of Appellate Procedure 28.1
for the procedures governing cross-appeals.**

Method of Appendix Preparation
  Notification - Appellant. . . . . . . . . . . . . . . . . . . . . . . . . .**14 days from date of this schedule**

Designation of Record & Statement of
  Issues - Appellant. . . . . . . . . . . . . . . . . . . . . . . . . . . . **14 days from date of this schedule**

Designation of Record
  Appellee/Cross-Appellant . . . . . . . . . . . . **14 days from service of Appellant's designation**

Transcript (if necessary) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **06/22/2026**

Joint Appendix or Appellant's
  Separate Appendix . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **07/02/2026**
   **( Kyle Chandler )**

Brief of Appellant with Addendum. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **07/02/2026**
   **( Kyle Chandler )**

Brief of Appellee/Cross-Appellant
  (with Separate Appendix, if applicable). . . . . . **30 days from the date the court issues the
                                                    Notice of Docket Activity filing the brief.**

Reply Brief of
  Appellant/Cross-Appellee . . . . . . . . . . . . . . . **30 days from the date the court issues the
                                                    Notice of Docket Activity filing the brief.**

Reply Brief of
  Cross-Appellant . . . . . . . . . . . . . . . . . . . . . . . .**21 days from the date the court issues the
                                                    Notice of Docket Activity filing the brief.**

**ALL BRIEFS AND APPENDICES SHOULD BE
FILED WITH THE ST. LOUIS OFFICE**